B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>DigitalSound Production Services, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA DPS, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>45-0823277 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>12950 Pierce St<br>Pacoima, CA      ZIP Code 91331 | Street Address of Joint Debtor (No. and Street, City, and State):<br>     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13) Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
DigitalSound Production Services, Inc.

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

DigitalSound Production Services, Inc.

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Susan K. Seflin
_____
Signature of Attorney for Debtor(s)

 Susan K. Seflin - Bar No. 213865
_____
Printed Name of Attorney for Debtor(s)

 Ezra Brutzkus Gubner LLP
_____
Firm Name

 21650 Oxnard Street
 Suite 500
 Woodland Hills, CA 91367
_____
Address

 (818) 827-9000  Fax: (818) 827-9099
_____
Telephone Number

 November 30, 2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Charles G. Klaus
_____
Signature of Authorized Individual

 Charles G. Klaus
_____
Printed Name of Authorized Individual

 Chief Executive Officer
_____
Title of Authorized Individual

 November 30, 2015
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF
## DIGITALSOUND PRODUCTION SERVICES, INC.
## AUTHORIZING FILLING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

I, CHARLES G. KLAUS, DO HEREBY CERTIFY AS FOLLOWS:

1.      I am the Chief Executive Officer and sole director of DigitalSound Production Services, Inc. (the **"Corporation"**).

2.      Pursuant to an Action by Written Consent of the Board of Directors (the **"Board"**) of the Corporation effective as of November 18, 2015, the following resolutions were duly enacted by the Board, and the same remain in full force and effect, without modification as of the date hereof:

**RESOLVED**, that the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the **"Bankruptcy Code"**);

**RESOLVED FURTHER**, that a petition under the provisions of Chapter 11 of the Bankruptcy Code (the **"Chapter 11 Petition"**) shall be filed by the Corporation with the United States Bankruptcy Court, Central District of California (**"Bankruptcy Court"**), on November 20, 2015, or such other date as is determined to be optimal for the Corporation by the designated officer of the Corporation (the **"Designated Officer"**);

**RESOLVED FURTHER**, that the Designated Officer is hereby authorized and directed, on behalf of and in the name of the Corporation, to execute the Chapter 11 Petition and all related documents and papers on behalf of the Corporation in order to enable the Corporation to commence a Chapter 11 bankruptcy case (**"Bankruptcy Case"**) on November 20, 2015, or such other date as is determined to be optimal for the Corporation by the Designated Officer;

**RESOLVED FURTHER**, that the Designated Officer is hereby authorized and directed, on behalf of and in the name of the Corporation, to execute and file, and to cause counsel to the Corporation to prepare with the assistance of the Corporation, as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the Bankruptcy Case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the Bankruptcy Case without further approval of the Board.  Such actions shall include, but not be limited to, employing counsel and other professionals (both prior to and after the filing of the Chapter 11 Petition), seeking Bankruptcy Court approval for the Corporation to use cash collateral or post-bankruptcy financing, seeking Bankruptcy Court approval of a plan and disclosure statement, compensating employees, negotiating with creditors, lenders, vendors, suppliers, landlords and any other party in interest, as needed, and entering into agreements regarding the same, and

negotiating, documenting and closing a sale of all or substantially all of the Corporation's assets;

**RESOLVED FURTHER**, that the Designated Officer shall not be required to obtain the prior approval of the Board before causing the Corporation to engage in an action which is outside the ordinary course of the Corporation's business, including, bot not limited to, the sale of all or substantially all of the Corporation's assets; and

**FINALLY RESOLVED**, that Charles G. Klaus, the current Chief Executive Officer of the Corporation, shall be the Designated Officer for all matters unless he either designates a different officer of the Corporation to be the Designated Officer for any particular purpose or purposes, or he is unable or unwilling to serve as the Designated Officer in which case Gregory Schroeder, an employee of the Corporation who handles finance and accounting matters, shall be second inline to serve as the Designated Officer.

IN WITNESS WHEREOF, I hereunto set my hand this 19th day of November, 2015.

Charles G. Klaus, Chief Executive Officer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    DigitalSound Production Services, Inc.                                      Case No.
                                              Debtor(s)          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in
accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1)
persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of
the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.
If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's
name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 4Wall Entertainment<br>Attn President or Manager Agent<br>5435 W San Fernando Rd.<br>Los Angeles, CA 90039 | 4Wall Entertainment<br>Attn President or Manager Agent<br>5435 W San Fernando Rd.<br>Los Angeles, CA 90039<br>818-252-7481 | Vendor | | 24,127.99 |
| A&M Pierce Property, LLC<br>Attn Arnold Zane Member<br>11856 Balboa Blvd #268<br>Granada Hills, CA 91344 | A&M Pierce Property, LLC<br>Attn Arnold Zane Member<br>11856 Balboa Blvd #268<br>Granada Hills, CA 91344<br>818-905-2400 | Vendor | Contingent<br>Unliquidated<br>Disputed | 106,830.99 |
| Acey Decy Lighting<br>Attn President or Manager Agent<br>200 Parkside Dr.<br>San Fernando, CA 91340 | Acey Decy Lighting<br>Attn President or Manager Agent<br>200 Parkside Dr.<br>San Fernando, CA 91340<br>818-408-4444 | Vendor | | 31,121.23 |
| Act Lighting<br>Attn President or Manager Agent<br>2313 N Valley St<br>Burbank, CA 91505 | Act Lighting<br>Attn President or Manager Agent<br>2313 N. Valley St.<br>Burbank, CA 91505<br>818-707-0884 | Vendor | | 29,354.29 |
| Artisan Creative, Inc.<br>Attn President or Manager Agent<br>Dept LA 23496<br>Pasadena, CA 91185 | Artisan Creative, Inc.<br>Attn President or Manager Agent<br>Dept LA 23496<br>Pasadena, CA 91185<br>310-312-2062 | Vendor | | 12,000.00 |
| Entertainment Lighting Services<br>Attn President or Manager Agent<br>11440 Sheldon St<br>Sun Valley, CA 91352 | Entertainment Lighting Services<br>Attn President or Manager Agent<br>11440 Sheldon St<br>Sun Valley, CA 91352<br>818-769-2100 | Vendor | | 14,152.92 |
| Hollywood Rentals<br>Attn President or Manager Agent<br>12800 Foothill Rd.<br>Sylmar, CA 91342 | Hollywood Rentals<br>Attn President or Manager Agent<br>12800 Foothill Blvd.<br>Sylmar, CA 91342<br>818-407-7800 | Vendor | | 10,927.14 |

B4 (Official Form 4) (12/07) - Cont.

In re    DigitalSound Production Services, Inc.                                    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Janco Transport<br>Attn President or Manager Agent<br>34 Burgess Place<br>Wayne, NJ 07470 | Janco Transport<br>Attn President or Manager Agent<br>34 Burgess Place<br>Wayne, NJ 07470<br>973-696-7700 | Vendor | | 14,385.00 |
| Matrix Visual Solution<br>Attn President or Manager Agent<br>1748 West Business Center<br>Orange, CA 92867 | Matrix Visual Solution<br>Attn President or Manager Agent<br>1748 West Business Center<br>Orange, CA 92867<br>714-363-9473 | Vendor | | 33,553.83 |
| PRG Lighting Los Angeles<br>Attn President or Manager Agent<br>1245 Aviation Place<br>San Fernando, CA 91340 | PRG Lighting Los Angeles<br>Attn President or Manager Agent<br>1245 Aviation Place<br>San Fernando, CA 91340<br>818-252-2600 | Vendor | | 12,759.31 |
| Production Media, Inc.<br>Attn President or Manager Agent<br>201 Shannon Oaks Circle, Suite 200<br>Cary, NC 27511 | Production Media, Inc.<br>Attn President or Manager Agent<br>201 Shannon Oaks Circle, Suite 200<br>Cary, NC 27511<br>919-325-0120 | Vendor | | 12,000.00 |
| Rent What? Inc<br>Attn President or Manager Agent<br>1978 Gladwick Street<br>Rancho Dominguez, CA 90220 | Rent What? Inc<br>Attn President or Manager Agent<br>1978 Gladwick Street<br>Rancho Dominguez, CA 90220<br>310-639-6000 | Vendor | | 15,808.00 |
| Roadshow Services<br>5501 3rd Street<br>San Francisco, CA 94124 | Roadshow Services<br>5501 3rd Street<br>San Francisco, CA 94124<br>415-822-3000 | Vendor | | 38,955.00 |
| SoCal Productions<br>Attn President or Manager Agent<br>1623 Maria Street<br>Burbank, CA 91504 | SoCal Productions<br>Attn President or Manager Agent<br>1623 Maria Street<br>Burbank, CA 91504<br>818-565-3333 | Vendor | | 40,430.22 |
| Stage Call<br>Attn President or Manager Agent<br>5248 S Desert View Dr # 102,<br>Apache Junction, AZ 85120 | Stage Call<br>Attn President or Manager Agent<br>5248 S Desert View Dr # 102,<br>Apache Junction, AZ 85120<br>480-813-2288 | Vendor | | 12,350.00 |
| The Tech Consultants LLC<br>Attn President or Manager Agent<br>21770 Oxnard Street, Suite 870<br>Woodland Hills, CA 91367 | The Tech Consultants LLC<br>Attn President or Manager Agent<br>21770 Oxnard Street, Suite 870<br>Woodland Hills, CA 91367<br>818-206-2149 | Vendor | | 20,158.15 |

B4 (Official Form 4) (12/07) - Cont.

In re    DigitalSound Production Services, Inc.                              Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Video Equipment Rentals<br>Attn President or Manager Agent<br>912 Ruberta Avenue<br>Glendale, CA 91201 | Video Equipment Rentals<br>Attn President or Manager Agent<br>912 Ruberta Avenue<br>Glendale, CA 91201<br>818-956-1444 | Vendor | | 27,583.46 |
| Videolines Mobile Television<br>Attn President or Manager Agent<br>10852 So Pampas Dr.<br>Sandy, UT 84094 | Videolines Mobile Television<br>Attn President or Manager Agent<br>10852 So Pampas Dr<br>Sandy, UT 84094<br>801-580-9474 | Vendor | | 19,627.50 |
| Volutone<br>Attn President or Manager Agent<br>PO Box 940283<br>Simi Valley, CA 93094 | Volutone<br>Attn President or Manager Agent<br>PO Box 940283<br>Simi Valley, CA 93094<br>805-520-8500 | Vendor | | 11,175.65 |
| XL Video<br>Attn President or Manager Agent<br>3380 N San Fernando Road<br>Los Angeles, CA 90065 | XL Video<br>Attn President or Manager Agent<br>3380 N San Fernando Road<br>Los Angeles, CA 90065<br>404-629-3300 | Vendor | | 44,260.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    November 30, 2015                        Signature    /s/ Charles G. Klaus
                                                            Charles G. Klaus
                                                            Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Not Applicable.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Not Applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Pacoima_____ , California.

Date: ___November 30, 2015_____

/s/ Charles G. Klaus
Charles G. Klaus
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 1                **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER - Bar No. 156593<br>SUSAN K. SEFLIN - Bar No. 213865<br>JERROLD L. BREGMAN - Bar No. 149896<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@ebg-law.com<br>  sseflin@ebg-law.com<br>  jbregman@ebg-law.com<br><br>☒ *Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>DigitalSound Production Services, Inc.,<br><br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Charles G. Klaus, Chief Executive Officer                    , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                 Page 1                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☒    I am the president or other officer or an authorized agent of the Debtor corporation

☐    I am a party to an adversary proceeding

☐    I am a party to a contested matter

☐    I am the attorney for the Debtor corporation

2.a.    ☐    The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.    ☒    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  11/30/2015

By:  /s/ Charles G. Klaus
       Signature of Debtor, or attorney for Debtor

Name:  Charles G. Klaus, Chief Executive Officer
       Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin<br>21650 Oxnard Street<br>Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865<br> Email: sseflin@ebg-law.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        DigitalSound Production Services, Inc.<br><br><br><br><br><br>                                                                                  Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __23__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  November 30, 2015 _____

/s/ Charles G. Klaus _____
Debtor's signature

Date: _____

_____
Joint Debtor's signature (if applicable)

Date:  November 30, 2015 _____

/s/ Susan K. Seflin _____
Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

DigitalSound Production Services, Inc
12950 Pierce St
Pacoima, CA 91331


Susan K  Seflin
Ezra Brutzkus Gubner LLP
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367


U S  Trustee   San Fernando Valley Div
915 Wilshire Blvd
Suite 1850
Los Angeles, CA 90017

4Wall Entertainment
Attn President or Manager Agent
5435 W San Fernando Rd
Los Angeles, CA 90039


A M Pierce Property, LLC
Attn Arnold Zane Member
11856 Balboa Blvd #268
Granada Hills, CA 91344


Acey Decy Lighting
Attn President or Manager Agent
200 Parkside Dr
San Fernando, CA 91340


Act Lighting
Attn President or Manager Agent
2313 N Valley St
Burbank, CA 91505


Adobe
345 Park Ave
San Jose, CA 95110-2704


Alex Alvord
c/o Shulman Hodges  Bastian LLP
100 Spectrum Center Dr Suite 600
Irvine, CA 92618


Alex Alvord
52 Archipelago
Newport Coast, CA 92657


Alliance Rental Solutions
Attn President or Manager Agent
23639 Via Primero
Valencia, CA 91355

Alliant Event Services, Inc
Attn President or Manager Agent
196 University Parkway
Pomona, CA 91768


Allstates Worldcargo
Attn President or Manager Agent
1 Pelican Drive
Suite 1
Bayville, NJ 08721


Alvarado Michael
6319 Goldeneye St
Ventura, CA 93003


Amp'd Entertainment
17160 Wabash Ave
Yorba Linda, CA 92886


Anastasia Richard Kassar
10281 Charing Cross Rd
Los Angeles, CA 90024


Anthony Dever
6 Emmy Lane
Ladera Ranch, CA 92694


Antonio Gonzalez
7550D Tampa Ave
PO Box #92
Reseda, CA 91335


ARC Light EFX Inc
Attn President or Manager Agent
9338 San Fernando Road
Sun Valley, CA 91352

Artisan Creative, Inc
Attn President or Manager Agent
Dept LA 23496
Pasadena, CA 91185


Arts   Commerce Productions
Attn President
5062 Lankershim Blvd #412
North Hollywood, CA 91601


Ben Kanselbaum
14432 Grassmere Ln
Tustin, Ca 92780


Bernard Meredith
8811 Canoga Ave  #542
Canoga Park, CA 91304


Bexel
2701 N  Ontario St
Burbank, CA 91504


Big Ol' Bear, Inc
Attn: Robert Finley
5135 Ellenwood Drive
Los Angeles, CA 90041


Brittany Maurette
10646 Vinca Ln  #201
Ventura, CA 93004


BRS Rigging
Attn President or Manager Agent
13516 S Mariposa Ave
Gardena, CA 90347

Cable and Connectivity Solutions
Attn President or Manager Agent
4721 Hastings Place
Lake Oswego, OR 97035


California Empl  Develop  Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


California Empl  Develop  Dept
PO Box 989061
West Sacramento, CA 95798-9061


California Secretary of State
1500 11th Street
Sacramento, CA 95814


Canada Revenue Agency (CRA)
1166 W Pender St
Vancouver, BC V6E 38H
CANADA


CBI Cables
6152 County Seat Rd
Oriskany, NY 13424


Celine Royer
328 N Mariposa Avenue
Los Angeles, CA 90004


Chelsy Jensen
1075 N  Maclay Ave , Unit 1
San Fernando, CA 91340

Cineo Lighting
PO Box 808
North Hills, CA 91343


Cintas Corp
Attn President or Manager Agent
4320 E Miraloma Ave
Anaheim, CA 92807


City of Burbank
Building Division
PO Box 6459
Burbank, CA 91510-6459


City of Irvine
1 Civic Center Plaza
Irvine, CA 92606-5207


City of Los Angeles
200 N Spring Street
Los Angeles, CA 90012


Claremont Law Group, Inc
Luisa G Jaffe
618 W Baseline Road
Claremont, CA 91711


Colorado Dept of Revenue
Taxation Division
PO Box 17087
Denver, CO 80217-0087


County of Orange
Attn: Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Damien Mendoza
1707 Vallecito Drive
Hacienda, CA 91745


Daniel Gomez
922 Grand Ave
Ojai, CA 93023


Daniel Yanez Jr
3223 N Ventura Rd
Oxnard, CA 93036


Daniel Yanez Sr
1630 Masthead Dr
Oxnard, CA 93035


District of Columbia
Office of Tax and Revenue
1101 4th St SW #270
Washington, DC 20024


Douglas Eder
10581 El Cerrito Chico St
Las Vegas, NV 89179


Empire Wholesale, Inc
5675 Mansfield Way
Bell,, CA 90201


Entertainment Lighting Services
Attn President or Manager Agent
11440 Sheldon St
Sun Valley, CA 91352

Eric Weiler
325 Ulysses St
Los Angeles, CA 90065


Felix Lighting
Attn President or Manager Agent
17116 Valley View Ave
La Mirada, CA 90638


Florida Dept  of Revenue
5050 West Tennessee St
Tallahassee, FL 32399


Ford Credit
15505 Roscoe Blvd
North Hills, CA 91343


Franchise Tax Board
Bankruptcy Section MS: A 340
PO Box 2952
Sacramento, CA 95812 2952


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Frida Jehdian
13820 Bessemer St
Van Nuys, CA 91401


General Electric Capital Corp
PO Box 31001
Pasadena, CA 91110

Geoffrey Mcintosh
13129 Oxnard St Apt # 16
Van Nuys, CA 91401


German Light Productions, Inc
10945 Pendleton St
Sun Valley, CA 91352


Go Daddy
14455 N Hayden Rd Suite 226
Scottsdale, AZ 85260


GreatAmerica Leasing Corporation
625 First Street SE
PO Box 609
Cedar Rapids, IA 52406-0609


Guillermo Garcia Santamarina
224 Annadale Rd
Pasadena, CA 91105


Halcyon Consulting
Attn: Thomas Sorce
2942 Valmere Drive
Malibu, CA 90265


Harman Professional, Inc
Attn President or Manager Agent
10653 S River Front Parkway #300
South Jordan, UT 84095


Hollywood Rentals
Attn President or Manager Agent
12800 Foothill Rd
Sylmar, CA 91342

Illinois Dept  of Revenue
Willard Ice Building
101 W Jefferson Street
Springfield, IL 62702


Inspiration Technology Conference
Attn President or Manager Agent
103 Niska Drive
Waterdown, ON L0R 2H3
CANADA


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
300 N  Los Angeles Street
Los Angeles, CA 90012


Jack Rubin  Sons, Inc
Attn President or Manager Agent
PO BOX 3005
Compton, CA 90222-3005


Janco Transport
Attn President or Manager Agent
34 Burgess Place
Wayne, NJ 07470


John Lee
8481 Farralone Ave
West, CA 91304


Jonathan Green
41141 Acacia Ave
Hemet, CA 92544

Jose Gutierrez
572 South La Verne Ave
Los Angeles, CA 90022


Joseph Adams
11621 Kittridge #6
N Hollywood, CA 91606


Joseph Gasque
250 N 10th St Atp 529
Brooklyn, NY 11211


Joseph Tafur Rodas
7924 Woodman Ave
Panorama, CA 91402


Justin Burr
4127 S A St
Oxnard, CA 93033


Karim Khalil
621 E Magnolia Blvd , Apt G
Burbank, CA 91501


Kentucky Dept  of Revenue
501 High Street
Frankfort, KY 40601


Kinetic Lighting, Inc
Attn President or Manager Agent
722 Thompson Avenue
Glendale, CA 91201

Kish Rigging, Inc
5400 Commerce Ave
Moorpark, CA 93021


La Tonya Scott
P O  Box 6304
Lake Wood, CA 90714


Lewis Communications
Attn President or Manager Agent
724 Ocean Park Blvd
Santa Monica, CA 90405


Liberty Mutual Ins
PO Box 66521
Saint Louis, MO 63166-6521


Loren Esposito
11244 Morrison St  , #4
N Hollywood, CA 91601


Los Angeles County
Office of the Assessor
500 W  Temple Street
Los Angeles, CA 90012


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054


Louisiana Dept  of Revenue
617 N  Third Street
Baton Rouge, LA 70802

Main Light Industries, Inc
1614 Newport Gap Pike
Wilmington,, DE 19808


Mario Fraser
759 Alpine St
Hemet, CA 92545


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604


Martin Woytas
5644 N Radford
Valley Village, CA 91607


Massachusetts Dept of Revenue
100 Sylvan Rd , #100
Woburn, MA 01801


Matrix Visual Solution
Attn President or Manager Agent
1748 West Business Center
Orange, CA 92867


Matthew Kwa
650 Oak Crest Dr
Sierra Madre, CA 91024


McMaster Carr
Attn President or Manager Agent
PO Box 7690
Chicago, IL 60680

Media Temple, Inc
8520 National Blvd #A
Culver City, CA 90232


Michael Alvarado
6319 Goldeneye Street
Ventura, CA 93001


Michigan Department of Treasury
Austin Bldg
430 W Allegan Street
Lansing, MI 48922


Microsoft
One Microsoft Way
Redmond, WA 98052-6399


Modular Space Corporation
1200 Swedesford Rd
Berwyn, PA 19312


Morpheus Technologies, LLC
Attn President or Manager Agent
6275 S Sandhill Rd, #100
Las Vegas, NV 89120


Multi Lite USA, Inc
Attn President or Manager Agent
160 So Victory Blvd
Burbank, Ca 91502


Neal S  Salisian
Salisian Lee LLP
550 South Hope Street, Suite 750
Los Angeles, CA 90071-2627

Neptune Productions   V
Attn President or Manager Agent
1709 Standard Ave
Glendale, CA 91201


New Jersey Division of Taxation
50 Barrack St
Trenton, NJ 08608


New York State Dept of Taxation
and Finance Bankruptcy Section
PO Box 5300
Albany, NY 12205


North Carolina Dept  of Revenue
501 N  Wilmington St
Raleigh, NC 27604


Ontario Refrigeration
635 S  Mountain Ave
Ontario, CA 91762


Orange County
333 W  Santa Ana Blvd
Santa Ana, CA 92701


Pacific Coast Enterntainment
Attn President or Manager Agent
7291 Heil Ave
Huntington Beach, Ca 92647


Panther Premium Logistics
Attn President or Manager Agent
84 Medina Rd
Medina, OH 44256

Paskal Lighting
Attn President or Manager Agent
12685 Van Nuys Blvd
Pacoima, CA 91331


Pathway Connectivity Solutions
Attn President or Manager Agent
439 17 Ave SE, Suite 103
Calgary
Alberta, T2G 1J9 Canada


Paul Kobelja
1533 N Hayworth Ave #101
Los Angeles, CA 90046


Pennsylvania Depart of Revenue
110 N Eighth St , Suite 204A  B
Philadelphia, PA 19107-2412


Plasa Media, Inc
630 Ninth Avenue, Suite 609
New York, NY 10036


Podio  Monthly
7414 Hollister Avenue
Goleta, CA 93117


Pollstar
Attn President or Manager Agent
4697 W Jacquelyn Ave
Fresno, CA 93722-6413


Power Trip Rentals
Attn President or Manager Agent
2501 ORANGE AVE
SIGNAL HILL, CA 90755

PRG Lighting Los Angeles
Attn President or Manager Agent
1245 Aviation Place
San Fernando, CA 91340


PRG Nocturne
Attn President or Manager Agent
1245 Aviation Place
San Fernando, CA 91340


Production Media, Inc
Attn President or Manager Agent
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511


Quality Lift  Equipment, Inc
10845 Norwalk Blvd
Santa Fe Springs, CA 90670


R2
1100 Colorado Ave  Suite B
Santa Monica, CA 90401


Raymond Estala
11150 Citrus  Dr  #67
Ventura, CA 93004


Raymond Leasing Corporation
Attn President
Corporate Headquarters
PO Box 130
Greene, NY 13778


Recology Los Angeles
PO Box 1081
Sun Valley, CA 91352

Rent What? Inc
Attn President or Manager Agent
1978 Gladwick Street
Rancho Dominguez, CA 90220


Richard Moore
10646 Vinca Ln #201
Ventura, CA 93004


Ring Central
20 Davis Drive
Belmont, CA 94002


Roadshow Services
5501 3rd Street
San Francisco, CA 94124


Robert Kurtz
21765 Tobarra
Mission Viejo, CA 92692


Rose  Brand
Attn President or Manager Agent
10616 Lanark St
Sun Valley, CA 91352


Sean Picket
1216 Walnut Grove Ave
Rosemead, CA 91770


Show Group Production Services, Inc
Attn President or Manager Agent
15823 S Main St
Gardena, CA 90248

Shulman Hodges   Bastian LLP
C/O Robert Huttenhoff
100 Spectrum Center Drive, Ste 600
Irvine, CA 92618


Skjonberg Controls, Inc
1363 Donlon St, #6
Ventura, CA 93003


Snapav
Attn President or Manager Agent
1800 Continental Blvd Suite 200
Charlotte, NC 28273


SoCal Productions
Attn President or Manager Agent
1623 Maria Street
Burbank, CA 91504


Soren McAdam Christenson LLP
Attn President or Manager Agent
POST OFFICE BOX 8010
Redlands, CA 92375-1210


Sound Moves
Attn President or Manager Agent
2025 East Linden Ave,
Linden, NJ 07036


Stage Call
Attn President or Manager Agent
5248 S Desert View Dr # 102,
Apache Junction, AZ 85120


Staples Advantage
Attn President or Manager Agent
PO Box 83689
Chicago, IL 60696-3689

State Board of Equalization
Special Operations Bankruptcy Team
MIC:74
PO Box 942879
Sacramento, CA 94279 0074


State Board of Equalization
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029


State of Georgia Dept  of Revenue
130 Davis Rd
Augusta, GA 30907


State of Indiana   Dept  of Revenue
103 E  Jefferson Blvd , #350
South Bend, IN 46601


State of Nevada
Depart  of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706


Steel Deck
Attn President or Manager Agent
3339 Exposition Place
Los Angeles, CA 90018


Stephen Mahler
930 Marlylee Lane
Hemet, CA 92543


Studio Depot
Attn President or Manager Agent
937 N Sycamore Avenue
Hollywood, CA 90038

Suppose U Drive
3809 San Fernando Rd
Glendale, CA 91204


Syntech Group
9300 Santa Anita Ave Suite 100
Rancho Cucamonga, CA 91730


Talin Dernderian
5640 Farmdale Ave  #110
N Hollywood, CA 91601


Tennessee Dept  of Revenue
500 Deaderick St
Nashville, TN 37242


Texas Comptroller of Public Account
Lyndon B  Johnson State Office Bldg
111 East 17th Street
Austin, TX 78774


The Tech Consultants LLC
Attn President or Manager Agent
21770 Oxnard Street, Suite 870
Woodland Hills, CA 91367


Thomas Huston
10925 Palms Blvd  #17
Los Angeles, CA 90034


Tom Sorce
Business Consulting
Audio Design and Engineering
2942 Valmere Drive
Malibu, CA 90265

Total Structures Inc
1696 Walter Street
Ventura, CA 93003


Tracy Lavietes
36907 57th St East
Palmdale, CA 93552


Transgroup LAX
Attn President or Manager Agent
PO Box 69207
Seattle, Wa 98168


Vectorworks
7150 Riverwood Drive,
Columbia, MD 21046


Video Equipment Rentals
Attn President or Manager Agent
912 Ruberta Avenue
Glendale, CA 91201


Videolines Mobile Television
Attn President or Manager Agent
10852 So Pampas Dr
Sandy, UT 84094


Virginia Department of Taxation
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115


Volutone
Attn President or Manager Agent
PO Box 940283
Simi Valley, CA 93094

Washington State Dept  of Revenue
6500 Linderson Way SW
Olympia, WA 98501


Wells Fargo Bank NA
Attn President
300 Tri State International, #400
Lincolnshire, IL 60069


Wells Fargo Equipment Finance
Manufacturer Services Group
PO Box 7777
San Francisco, CA 94120-7777


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434


Wisconsin Dept  of Revenue
2135 Rimrock Rd
Madison, WI 53708


XL Video
Attn President or Manager Agent
3380 N San Fernando Road
Los Angeles, CA 90065


Xtreme Structures and Fabrication
Attn President or Manager Agent
PO BOX 915
300 CMH Road
Suphur Springs, TX 75483

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Susan K. Seflin - Bar No. 213865
Ezra Brutzkus Gubner LLP
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367
(818) 827-9000 Fax: (818) 827-9099
Email: sseflin@ebg-law.com

*Attorney for:* Debtor and Debtor-in-Possession

CASE NO.:
CHAPTER: 11
ADVERSARY NO.:
(if applicable)

In re:

DigitalSound Production Services, Inc.

Debtor(s).

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

[LBR 1006-1(h)]

| | | | |
|---|---|---|---|
| ☐ | Petition, statement of affairs, schedules or lists | Date Filed: | |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ✓ | Other: *(specify):*   Emergency Petition and Related Required Documents | Date Filed: | 11/30/2015 |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

November 30, 2015
Date

Signature of authorized signatory of Filing Party

Charles G. Klaus
Printed Name of Authorized Signatory of Filing Party

Chief Executive Officer
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part I - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

November 30, 2015
Date

Signature of attorney for Filing Party

Susan K. Seflin
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.DEC.ELEC.FILING.CORP