STEVEN T. GUBNER - Bar No. 156593
SUSAN K. SEFLIN - Bar No. 213865
JERROLD L. BREGMAN - Bar No. 149896
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        sgubner@ebg-law.com
                   sseflin@ebg-law.com
                   jbregman@ebg-law.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**DEC 04 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:15-bk-13952-MB |
| DigitalSound Production Services, Inc., | Chapter 11 |
| Debtor. | **INTERIM ORDER REGARDING EMERGENCY MOTION OF DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS: (A) AUTHORIZING THE DEBTOR TO BORROW MONEY SECURED BY PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 364(c)(1) & (2) AND 364(d); (B) AUTHORIZING USE OF CASH COLLATERAL; (C) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (D) GRANTING RELATED RELIEF (11 U.S.C. §§ 363 AND 364; FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001)** |
| | **Original Hearing:**<br>**Date:**    December 2, 2015<br>**Time:**    3:30 p.m.<br><br>**Continued Hearing:**<br>**Date:**    December 8, 2015<br>**Time:**    1:30 p.m.<br>**Place:**   Courtroom 303<br>                21041 Burbank Blvd.<br>                Woodland Hills, CA 91367 |

1454399

1

On December 2, 2015 at 3:30 p.m., an interim hearing (the "Interim Hearing") was held before the Honorable Martin R. Barash, United States Bankruptcy Judge for the Central District of California, for the Court to consider the *Emergency Motion For Entry of Interim and Final Orders: (A) Authorizing the Debtor to Borrow Money Secured by Property of the Estate Pursuant to 11 U.S.C. §§ 364(c)(1) & (2) and 364(d); (B) Authorizing Use of Cash Collateral; (C) Granting Adequate Protection for Use of Prepetition Collateral; and (D) Granting Related Relief* [Doc. #3] (the "Motion") filed by DigitalSound Production Services, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor"). Appearances were made as noted on the record.

By the Motion, the Debtor sought the following: (1) interim approval of post-petition financing from Alexander Alvord ("Alvord"), the Debtor's forty-nine percent (49%) shareholder and pre-petition secured lender, (2) authorization to use cash collateral on an interim basis, and (3) the setting of a final hearing on the relief requested in the Motion.

The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, having heard and considered the arguments of counsel made at the hearing, having found that notice of the Motion was adequate and appropriate under the circumstances, having set forth the Court's findings of fact and conclusions of law on the record, and finding good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted on an interim basis to the extent set forth in this Order.

2. The Debtor is not authorized to borrow additional funds in excess of the $2.5 million that it borrowed pre-petition from Alvord. The Court will consider the Debtor's request to borrow $300,000 in debtor in possession financing at the continued hearing on the Motion which is scheduled for December 8, 2015 at 1:30 p.m.

3. <u>Cash Collateral</u>: The Debtor is authorized to use cash collateral on an interim basis to pay all of the expenses set forth in the projections attached as Exhibit A to the declaration of Charles G. Klaus [Doc. #9] filed in support of the Motion.

4. The Debtor is authorized to deviate from the total expenses contained in the projections by no more than 20% on a cumulative basis and to deviate by categories.

1454399

5.  As additional adequate protection of Alvord's interest in the cash collateral and the Debtor's use of the same during this interim period, Alvord is hereby granted a replacement lien upon all post-petition assets of the Debtor's estate (except (a) any actions under chapter 5 of the Bankruptcy Code or any proceeds thereof, and (b) the Carve-Outs)[1] to the extent of the Debtor's use of cash collateral during this interim period, with such replacement lien(s) to have the same extent, validity and priority as Alvord's lien(s) upon the Debtor's pre-petition assets.

6.  A continued hearing on the Motion will be held on December 8, 2015 at 1:30 p.m.

7.  The Debtor shall provide notice of the continued hearing on the Motion upon the top twenty (20) general unsecured creditors, all secured creditors, the Office of the United States Trustee and those parties who have requested special notice.

IT IS SO ORDERED.

###

Date: December 4, 2015

Martin R Barash
United States Bankruptcy Judge

---

[1] All initial capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

3