**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>DigitalSound Production Services, Inc.,<br><br>Debtor. | Case No. 1:15-bk-13952-MB<br>Chapter 11<br><br>**NOTICE OF SALE BY AUCTION, AND OF SALE HEARING** |

### NOTICE OF SALE BY AUCTION, AND OF SALE HEARING

**PLEASE TAKE NOTICE** that on November 30, 2015, DigitalSound Production Services, Inc., the chapter 11 debtor and debtor in possession (the "**Debtor**"), filed its *Debtor's Notice of and Emergency Motion for (I) An Order (A) Approving Bidding Procedures in Connection with Sale of the Debtor's Assets, (B) Scheduling Hearing to Consider the Sale, and (C) Approving Form and Manner of Notice Thereof; and (II) an Order Authorizing and Approving (A) the Sale of Substantially All of the Debtor's Assets and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases; Memorandum of Points And Authorities* [Doc. # 2] (the "**Bidding Procedures Motion**") with the above-captioned U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division ("**Bankruptcy Cour**t") seeking entry of an order, among other things, (a) authorizing and approving bidding and auction procedures in connection with the sale of substantially all of the Debtor's assets, (b) approving certain bid protections in connection with such sale, (c) approving the form and manner of notice of the sale by auction and sale hearing, (d) approving procedures for the assumption and assignment of contracts and leases and noticing of related cure amounts, and (e) scheduling the sale hearing and setting other related dates and deadlines, all as further described in the Bidding Procedures Motion. Please note that all capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has entered into a sale agreement ("**APA**") with **Atomic Lighting LLC** ("**Stalking Horse Purchaser**") and is soliciting overbid offers for the purchase of substantially all of the Debtor's assets consistent with the bidding procedures ("**Bidding Procedures**") approved by the Bankruptcy Court at a continued hearing on the Bidding Procedures Motion which took place on December 8, 2015 at 1:30 p.m. The Debtor lodged its order on the Bidding Procedures Motion on December 8, 2015 ("**Bidding Procedures Order**"). **The Stalking Horse Purchaser has agreed to buy the Acquired Assets for $5,975,242**, inclusive of $4,095,000 of cash plus $1,880,242 of Assumed Obligations, subject to overbid at Auction upon receipt of at least one Qualified Bid with a **Minimum Overbid Price of $6,230,242**, to better the Stalking Horse APA, inclusive of its purchase price consideration, breakup fee or $122,850, expense reimbursement of up to $75,000, and minimum overbid increment of $57,150.

**TO RECEIVE THE BIDDING PROCEDURES AND SUBMIT A BID**: <u>**All Potential Bidders should carefully read the Bidding Procedures Order**</u> which is available free of charge by contacting counsel for the Debtor as follows: Susan K. Seflin, of Ezra Brutzkus Gubner LLP via e-mail at sseflin@ebg-law.com or via facsimile at 818-827-9099. To the extent that there are any inconsistencies between this Notice and the Bidding Procedures Order, the latter shall govern in all respects.

**PLEASE TAKE FURTHER NOTICE** that if the Debtor receives at least one Qualified Bid within the requirements and time frame specified by the Bidding Procedures, the Debtor will conduct an auction ("**Auction**") of the Debtor's Acquired Assets on **December 22, 2015, commencing at 10:00 a.m. (prevailing Pacific time)** before the Honorable Martin R. Barash, United States Bankruptcy Judge, at the U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division, located at 21041 Burbank Blvd., Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE** that, whether or not an Auction is held, the Debtor will seek approval of its sale of the Acquired Assets at a hearing scheduled to commence on **December 22, 2015 at 10:00 a.m. (prevailing Pacific time)** (or whenever the Auction concludes if an Auction is held) (the "**Sale Hearing**") before the Honorable Martin R. Barash, United States Bankruptcy Court Judge, at the

U.S. Bankruptcy Court for the Central District of California, San Fernando Valley Division, in Courtroom 303, located at 21041 Burbank Boulevard, Woodland Hills, California 91367. The Bidding Procedures Motion also contains the Debtor's request for approval of the sale of the Acquired Assets on the terms therein specified (the "**Sale Motion**"). As noted above, a copy of the Sale Motion is available free of charge by contacting counsel for the Debtor as follows: Susan K. Seflin, of Ezra Brutzkus Gubner LLP via e-mail at sseflin@ebg-law.com or via facsimile at 818-827-9099.

**PLEASE TAKE FURTHER NOTICE** to implement the sale transactions within the expedited time frame required by the Debtor's circumstances, the Motion requests the **waiver of any stay arising under Bankruptcy Rules 6004(h) and 6006(d), or any similar rules**. If granted, this **would allow the parties to close on the sale of the Acquired Assets immediately** after the order approving Sale Motion (the "**Sale Order**") is entered on the Court's docket, and **before the Sale Order is a "final" order**. Therefore any party objecting to the Sale Order must exercise diligence in filing an appeal and pursuing a stay of the closing of the transactions or risk any appeal of the Sale Order being foreclosed as moot.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Sale Motion in respect of the Sale, including objections to the assumption and assignment of contracts and leases and/or any proposed cure amounts related thereto, **must**: (i) be in writing; (ii) conform to the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules; (iii) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (iv) be filed with the Bankruptcy Court no later than **December 18, 2015 at 6:00 p.m.** (the "**Sale Objection Deadline**").

**CONSEQUENCES OF FAILING TO TIMELY FILE AN OBJECTION**

**ANY PARTY WHO FAILS TO TIMELY FILE AN OBJECTION TO THE SALE ON OR BEFORE THE SALE OBJECTION DEADLINE SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND THE ASSUMPTION AND ASSIGNMENT OF THE ASSIGNED CONTRACTS TO THE SUCCESSFUL BIDDER AND ANY CURE AMOUNTS RELATED THERETO.**

**NO SUCCESSOR OR TRANSFEREE LIABILITY**

The proposed Sale Order may provide that the Purchaser will have no responsibility for, and the assets will be sold free and clear of, any successor liability, including the following, unless otherwise specified in the asset purchase agreement: (a) any liability or other obligation of the Debtor or related to the Acquired Assets or (b) any Claims against the Debtor or any of its predecessors or affiliates. The purchaser ("**Purchase**") shall have no liability whatsoever with respect to the Debtor's (or any of its predecessors' or affiliates') respective businesses or operations or any of the Debtor's (or any of its predecessors' or affiliates') obligations ("**Successor or Transferee Liability**") based, in whole or part, directly or indirectly, on any theory of successor or vicarious liability of any kind or character, or based upon any theory of antitrust, environmental, successor or transferee liability, *de facto* merger or substantial continuity, labor and employment or products liability, whether known or unknown as of the Closing, now existing or hereafter arising, asserted or unasserted, fixed or contingent, liquidated or unliquidated, including liabilities on account of any taxes arising, accruing or payable under, out of, in connection with, or in any way relating to the operation of the Acquired Assets prior to the Closing. Except to the extent expressly included in the Assumed Liabilities with respect to Purchaser, the Purchaser shall have no liability or obligation under or any foreign, federal, state, local, labor, employment, or environmental law by virtue of Purchaser's purchase of the Acquired Assets or assumption of the Assumed Liabilities.

Dated: December 8, 2015                                    EZRA BRUTZKUS GUBNER LLP

                                                                          By: /s/ Susan K. Seflin
                                                                               Susan K. Seflin
                                                                               Proposed Attorneys for Chapter 11
                                                                               Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21650 Burbank Blvd., Suite 500, Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE BY AUCTION, AND OF SALE HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Robert E Huttenhoff    rhuttenhoff@shbllp.com, sswartzell@shbllp.com
- Lewis R Landau    Lew@Landaunet.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;lhua@bakerlaw.com; rojeda@bakerlaw.com; ffarivar@bakerlaw.com
- S Margaux Ross    margaux.ross@usdoj.gov, margauxla@yahoo.com
- Neal Salisian    neal.salisian@salisianlee.com, ECF@salisianlee.com
- Susan K Seflin    sseflin@ebg-law.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Irwin M Wittlin    iwittlin@hemar-rousso.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor will submit an additional proof of service. All parties in interest, creditors, etc. were served via regular mail on December 8, 2015 with the sale notice

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 8, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery: The Honorable Martin R. Barash**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 8, 2015 | Susan K. Seflin | /s/ Susan K. Seflin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**