**Fill in this information to identify the case:**

Debtor name    DigitalSound Production Services, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:15-bk-13952-MB

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $    0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................    $    5,327,112.47

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................................    $    5,327,112.47

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    2,500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................    +$    675,811.03

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b       $    3,175,811.03

**Fill in this information to identify the case:**

Debtor name __DigitalSound Production Services, Inc.__

United States Bankruptcy Court for the:  __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known)  __1:15-bk-13952-MB__

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | $1,721.35 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1.. | Checking<br>Last 4 digits of Acc# : 1150<br>Union Bank | Checking | 1150 | $754,653.43 |
| 3.2.. | Savings<br>Last 4 digits of Acc# : 2484<br>Union Bank | Savings | 2484 | $500.00 |
| 3.3.. | Payroll<br>Last 4 digits of Acc# : 8871<br>Union Bank | Payroll | 8871 | $1,982.51 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1.. | Fuel Cards [Pre-paid cards to use at gas station for delivery trucks]<br>Debtor maintains the cards at its office | $5,392.24 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $764,249.53 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

| Debtor | DigitalSound Production Services, Inc. | Case number *(If known)* | 1:15-bk-13952-MB |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1.. | Deposit with A&M Property [Re lease for 12950 Pierce St., Pacoima, CA 91331] | $38,250.00 |
| 7.2.. | Real property lease deposit on property vacated pre-petition [Landlord: 7691 San Fernando Road Building 9A Associates LLC] Lease expired pre-petition | $15,145.00 |
| 7.3.. | 2 Deposits with Suppose U Drive Re 2 Leased Vehicles Vehicle 5250 - $1,449.57 Vehicle 5051 - $1,993.67 | $3,443.24 |
| 7.4.. | Deposit with LA Department of Water and Power Utility Deposit | $15,000.00 |
| 7.5.. | Certificate of Deposit Maintained by American Express in the Amount of $160,000 Debtor owes pre-petition amount of $74,094.14 leaving a balance of $85,905.86 | $85,905.86 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1.. | Prepayments to Vectorworks, Inc. pursuant to a 6 month agreement.  Approximately three months has been pre-paid. | $3,300.00 |

9.  **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $161,044.10 |
   |---|

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11b. Over 90 days old: | 299,818.84 | - | 130,000.00 | =.... | $169,818.84 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   | $169,818.84 |
   |---|

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor   DigitalSound Production Services, Inc.                            Case number *(If known)*  1:15-bk-13952-MB
_____
Name

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:                                      % of ownership <br>   % Ownership : 12 <br>   Cineo Lighting LLC <br>   No valuation done on this investment.  Debtor <br>   paid $400,000 for these shares.  Purchased <br>   when majority shareholder was in control. <br>   Debtor does not know what this investment is | | |
| 15.1. | worth.                                    12.00    % | | Unknown |

| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: |
|---|---|

| **17.** | **Total of Part 4.** <br> Add lines 14 through 16.  Copy the total to line 83. | $0.00 |
|---|---|---|

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| **20.** | **Work in progress** | | | |
| **21.** | **Finished goods, including goods held for resale** | | | |
| **22.** | **Other inventory or supplies** <br> Equipment that the Debtor rents to others and sometimes sell. <br> Debtor estimates that the liquidation value of the inventory is $3.8 million. | Feb 2015 [Partial] | $12,310,875.34 | Liquidation | $3,800,000.00 |

| **23.** | **Total of Part 5.** <br> Add lines 19 through 22.  Copy the total to line 84. | $3,800,000.00 |
|---|---|---|

**24.**    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

| Debtor | DigitalSound Production Services, Inc. | Case number (If known) | 1:15-bk-13952-MB |
|--------|---------------------------------------|------------------------|------------------|
|        | Name                                  |                        |                  |

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. | **Office furniture**<br>Office furniture | $113,914.00 | Liquidation | $14,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment (including computers, etc.) | $457,984.00 | Liquidation | $45,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $59,000.00 |
|-----|----------------------------------------------------------------------------|------------|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|----------------------------------------------------------------------------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. | 1 van and 1 SUV [Ford van and a Ford edge] | $30,000.00 | Liquidation | $15,000.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | DigitalSound Production Services, Inc. | Case number *(If known)* | 1-15-bk-13952-MB |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
2 Pallet Jacks and 1 Forklift                    $18,000.00     Liquidation                    $8,000.00

**51.** **Total of Part 8.**                                                                      $23,000.00

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** Debtor has approximately 25 domain names and websites. Debtor believes the value of its domain name and website for DPS is included in goodwill. | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** Customer list.  Debtor does not have a valuation of its customer list. | $0.00 | | Unknown |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** Goodwill of Debtor's business. | $0.00 | | Unknown |

| Debtor | DigitalSound Production Services, Inc. | Case number *(If known)* | 1:15-bk-13952-MB |
|---|---|---|---|
| | Name | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)
Promissory Note from Anthony Dever
[Debtor's 51% shareholder] in the
amount of $1.4 million.
Debtor is unsure whether or not it will
be able to collect on this note.

| 0.00 | - | 0.00 | = |
|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | |

Unknown

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Debtor's NOLs since inception are approximately $12.6
million. Debtor does not believe that this has any value.

Tax year _____    $0.00

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Amount requested : Unknown
Debtor believes it has causes of action against its majority
shareholder Anthony Dever.

Unknown

| Nature of claim | Fraudulent Transfer, Breach of Fiduciary Duty, Etc. |
|---|---|
| Amount requested | $0.00 |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | DigitalSound Production Services, Inc. | Case number (If known) 1:15-bk-13952-MB |
|---|---|---|
| | Name | |

Amount requested : Unknown
Claims against Debtor's former CEO Patrick Whalen                                                    Unknown

| Nature of claim | Breach of Fiduciary Duty, Etc. |
|---|---|
| Amount requested | $0.00 |

Amount requested : Unknown
Debtor has setoff claims against 8 of its creditors that also
owe it money.  This amount is already included in AR.                                                    $0.00

| Nature of claim | Setoff |
|---|---|
| Amount requested | $0.00 |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
Irrevocable Standby Letter of Credit Number S326938M
Debtor is the Applicant and A&M Pierce Property, LLC
[landlord of Debtor's Pacoima location] is the Beneficiary.                                                    $350,000.00

Participation agreement with Where Feet May Fail, LLC
regarding Hillsong United.  This was entered into by the
Debtor's 51% shareholder who is no longer in control of the
business.  The Debtor does not know if this asset has any
value or not.                                                    Unknown

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                              | $350,000.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | DigitalSound Production Services, Inc. | Case number *(If known)* 1:15-bk-13952-MB |
|---|---|---|
| | Name | |

---

**Part 12:** Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $764,249.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $161,044.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $169,818.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,800,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $59,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $350,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,327,112.47 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,327,112.47 |

**Fill in this information to identify the case:**

Debtor name _DigitalSound Production Services, Inc._

United States Bankruptcy Court for the: _CENTRAL DISTRICT OF CALIFORNIA_

Case number (if known) _1:15-bk-13952-MB_

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Alexander Alvord
Creditor's Name

c/o Shulman Hodges &
Bastian LLP
100 Spectrum Center Dr
Suite 600
Irvine, CA 92618
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Alex Alvord v. Anthony Dever and DigitalSound
Production Services, Inc.; Case No.
32-2015-00801037-CU-FR-CJC;  Attachment
lien filed with the California Secretary of State on
10/19/2015, filing number 15-7490996585;
Collateral: blanket lien

**Describe the lien**
Attachment Lien filed with Secretary of State
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Amount of claim: Unknown
Value of collateral: $0.00

---

**2.2** Alexander Alvord
Creditor's Name

c/o Shulman Hodges &
Bastian LLP
100 Spectrum Center Dr
Suite 600
Irvine, CA 92618
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
Promissory Note (Revolving) and Security
Agreement dated August 25, 2015 in the amount
of $2,500,000;  UCC-1 Financing Statement filed
with the California Secretary of State on
9/3/2015, no. 15-7843441916; Collateral: blanket
lien on all of

**Describe the lien**
Financing Staterment
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

Amount of claim: $2,500,000.00
Value of collateral: $0.00

Debtor 1    DigitalSound Production Services, Inc.                Case number (if know)    1:15-bk-13952-MB

First Name    Middle Name    Last Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | Arts & Commerce Productions | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn President
5062 Lankershim Blvd #412
North Hollywood, CA 91601

Creditor's mailing address

Collateral: ETC Power System and related accessories as described in the UCC-1 filing

**Describe the lien**
Financing Staterment

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | Raymond Leasing Corporation | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

Attn President
Corporate Headquarters
PO Box 130
Greene, NY 13778

Creditor's mailing address

Collateral: All material handling equipment and associated accessories including lift trucks, pallet trucks, orderpickers, batteries and chargers in the possession of the Debtor or acquired in accordance with the Equipment Master Lease

**Describe the lien**
Financing Staterment

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.5 | Wells Fargo Bank NA | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

**Creditor's Name**

Attn President
300 Tri-State International,
#400
Lincolnshire, IL 60069

Creditor's mailing address

Collateral - Used 2006 Nissan Forklift CL30,
serial number CPL01-9N1378

**Describe the lien**

Financing Staterment

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,500,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | Line | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    DigitalSound Production Services, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:15-bk-13952-MB

☐ Check if this is an
amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| **Priority creditor's name and mailing address**<br>Alvarado Michael<br>6319 Goldeneye St.<br>Ventura, CA 93003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
|---|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:**<br>For Notice Purposes Only | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (4) | | | |

**2.2**

| **Priority creditor's name and mailing address**<br>Anastasia Richard-Kassar<br>10281 Charing Cross Rd.<br>Los Angeles, CA 90024 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 0.00 | $ 0.00 |
|---|---|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:**<br>For Notice Purposes Only | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          37826          Best Case Bankruptcy

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.3**

**Priority creditor's name and mailing address**
Ben Kanselbaum
14432 Grassmere Ln.
Tustin, Ca 92780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.4**

**Priority creditor's name and mailing address**
Bernard Meredith
8811 Canoga Ave. #542
Canoga Park, CA 91304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.5**

**Priority creditor's name and mailing address**
Brittany Maurette
10646 Vinca Ln. #201
Ventura, CA 93004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.6**

**Priority creditor's name and mailing address**
California Empl. Develop. Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.7**

**Priority creditor's name and mailing address**
California Empl. Develop. Dept.
PO Box 989061
West Sacramento, CA
95798-9061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.8**

**Priority creditor's name and mailing address**
California Secretary of State
1500 11th Street
Sacramento, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.9**

**Priority creditor's name and mailing address**
Canada Revenue Agency (CRA)
1166 W Pender St.
Vancouver, BC V6E 38H
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.10**

**Priority creditor's name and mailing address**
Celine Royer
328 N Mariposa Avenue
Los Angeles, CA 90004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.11**

**Priority creditor's name and mailing address**
Chelsy Jensen
1075 N. Maclay Ave., Unit 1
San Fernando, CA 91340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.12**

**Priority creditor's name and mailing address**
City of Burbank
Building Division
PO Box 6459
Burbank, CA 91510-6459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.13**

**Priority creditor's name and mailing address**
City of Irvine
1 Civic Center Plaza
Irvine, CA 92606-5207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.14**

**Priority creditor's name and mailing address**
City of Los Angeles
200 N. Spring Street
Los Angeles, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1   DigitalSound Production Services, Inc.                                Case number (if know)   1:15-bk-13952-MB
              First Name         Middle Name              Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.15**

**Priority creditor's name and mailing address**
Colorado Dept. of Revenue
Taxation Division
PO Box 17087
Denver, CO 80217-0087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.16**

**Priority creditor's name and mailing address**
County of Orange
Attn: Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.17**

**Priority creditor's name and mailing address**
Damien Mendoza
1707 Vallecito Drive
Hacienda, CA 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.18**

**Priority creditor's name and mailing address**
Daniel Gomez
922 Grand Ave.
Ojai, CA 93023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.19**

**Priority creditor's name and mailing address**
Daniel Yanez Jr.
3223 N. Ventura Rd.
Oxnard, CA 93036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.20**

**Priority creditor's name and mailing address**
Daniel Yanez Sr.
1630 Masthead Dr.
Oxnard, CA 93035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.21**

**Priority creditor's name and mailing address**
District of Columbia
Office of Tax and Revenue
1101 4th St SW #270
Washington, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.22**

**Priority creditor's name and mailing address**
Douglas Eder
10581 El Cerrito Chico St
Las Vegas, NV 89179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.23**

**Priority creditor's name and mailing address**
Eric Weiler
325 Ulysses St.
Los Angeles, CA 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name      Middle Name      Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.24**

**Priority creditor's name and mailing address**
Florida Dept. of Revenue
5050 West Tennessee St.
Tallahassee, FL 32399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.25**

**Priority creditor's name and mailing address**
Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.26**

**Priority creditor's name and mailing address**
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.27**

**Priority creditor's name and mailing address**
Frida Jehdian
13820 Bessemer St.
Van Nuys, CA 91401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.28**

**Priority creditor's name and mailing address**
Geoffrey Mcintosh
13129 Oxnard St. Apt. # 16
Van Nuys, CA 91401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.29**

**Priority creditor's name and mailing address**
Guillermo Garcia-Santamarina
224 Annadale Rd.
Pasadena, CA 91105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1    DigitalSound Production Services, Inc.
_____
First Name    Middle Name    Last Name

Case number (if know)    1:15-bk-13952-MB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.30 | | |
|---|---|---|

**Priority creditor's name and mailing address**

Halcyon Consulting
Attn: Thomas Sorce
2942 Valmere Drive
Malibu, CA 90265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.31 | | |
|---|---|---|

**Priority creditor's name and mailing address**

Illinois Dept. of Revenue
Willard Ice Building
101 W. Jefferson Street
Springfield, IL 62702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| 2.32 | | |
|---|---|---|

**Priority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.33**

**Priority creditor's name and mailing address**
Internal Revenue Service
300 N. Los Angeles Street
Los Angeles, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.34**

**Priority creditor's name and mailing address**
John Lee
8481 Farralone Ave.
West, CA 91304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.35**

**Priority creditor's name and mailing address**
Jonathan Green
41141 Acacia Ave
Hemet, CA 92544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.36**

**Priority creditor's name and mailing address**
Jose Gutierrez
572 South La Verne Ave
Los Angeles, CA 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.37**

**Priority creditor's name and mailing address**
Joseph Adams
11621 Kittridge #6
N Hollywood, CA 91606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.38**

**Priority creditor's name and mailing address**
Joseph Gasque
250 N 10th St Atp. 529
Brooklyn, NY 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1   DigitalSound Production Services, Inc.

| First Name | Middle Name | Last Name |

Case number (if know)   1:15-bk-13952-MB

---

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.39**

**Priority creditor's name and mailing address**
Joseph Tafur-Rodas
7924 Woodman Ave
Panorama, CA 91402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.40**

**Priority creditor's name and mailing address**
Justin Burr
4127 S. A St.
Oxnard, CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.41**

**Priority creditor's name and mailing address**
Karim Khalil
621 E. Magnolia Blvd., Apt. G
Burbank, CA 91501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.42**

**Priority creditor's name and mailing address**
Kentucky Dept. of Revenue
501 High Street
Frankfort, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.43**

**Priority creditor's name and mailing address**
La Tonya Scott
P.O. Box 6304
Lake Wood, CA 90714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.44**

**Priority creditor's name and mailing address**
Loren Esposito
11244 Morrison St. , #4
N Hollywood, CA 91601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.45**

**Priority creditor's name and mailing address**
Los Angeles County
Office of the Assessor
500 W. Temple Street
Los Angeles, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00         $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.46**

**Priority creditor's name and mailing address**
Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00         $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.47**

**Priority creditor's name and mailing address**
Louisiana Dept. of Revenue
617 N. Third Street
Baton Rouge, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00         $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    DigitalSound Production Services, Inc.                    Case number (if know)    1:15-bk-13952-MB

| First Name | Middle Name | Last Name |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.48**

**Priority creditor's name and mailing address**
Mario Fraser
759 Alpine St
Hemet, CA 92545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.49**

**Priority creditor's name and mailing address**
Martin Woytas
5644 N. Radford
Valley Village, CA 91607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.50**

**Priority creditor's name and mailing address**
Massachusetts Dept of Revenue
100 Sylvan Rd., #100
Woburn, MA 01801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.51**

**Priority creditor's name and mailing address**
Matthew Kwa
650 Oak Crest Dr.
Sierra Madre, CA 91024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.52**

**Priority creditor's name and mailing address**
Michael Alvarado
6319 Goldeneye Street
Ventura, CA 93001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.53**

**Priority creditor's name and mailing address**
Michigan Department of Treasury
Austin Bldg
430 W Allegan Street
Lansing, MI 48922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.54**

**Priority creditor's name and mailing address**
New Jersey Division of Taxation
50 Barrack St.
Trenton, NJ 08608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.55**

**Priority creditor's name and mailing address**
New York State Dept of Taxation and Finance Bankruptcy Section
PO Box 5300
Albany, NY 12205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.56**

**Priority creditor's name and mailing address**
North Carolina Dept. of Revenue
501 N. Wilmington St.
Raleigh, NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.57**

**Priority creditor's name and mailing address**
Orange County
333 W. Santa Ana Blvd.
Santa Ana, CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.58**

**Priority creditor's name and mailing address**
Orange County Tax Collector
12 W Civic Center Dr.
Santa Ana, CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.59**

**Priority creditor's name and mailing address**
Paul Kobelja
1533 N. Hayworth Ave. #101
Los Angeles, CA 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.60**

**Priority creditor's name and mailing address**
Pennsylvania Depart. of Revenue
110 N. Eighth St., Suite 204A & B
Philadelphia, PA 19107-2412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.61**

**Priority creditor's name and mailing address**
Raymond Estala
11150 Citrus  Dr. #67
Ventura, CA 93004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.62**

**Priority creditor's name and mailing address**
Richard Moore
10646 Vinca Ln. #201
Ventura, CA 93004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1   DigitalSound Production Services, Inc.                    Case number (if know)   1:15-bk-13952-MB
       First Name          Middle Name          Last Name

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.63 | | |
|---|---|---|

**Priority creditor's name and mailing
address**
Robert Kurtz
21765 Tobarra
Mission Viejo, CA 92692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.64 | | |
|---|---|---|

**Priority creditor's name and mailing
address**
Sean Picket
1216 Walnut Grove Ave
Rosemead, CA 91770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY
unsecured claim:**
11 U.S.C. § 507(a) (4)

---

| 2.65 | | |
|---|---|---|

**Priority creditor's name and mailing
address**
State Board of Equalization
Special Operations Bankruptcy
Team
MIC:74
PO Box 942879
Sacramento, CA 94279-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account
number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.66**

**Priority creditor's name and mailing address**
State Board of Equalization
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.67**

**Priority creditor's name and mailing address**
State of Georgia Dept. of Revenue
130 Davis Rd.
Augusta, GA 30907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.68**

**Priority creditor's name and mailing address**
State of Indiana - Dept. of Revenue
103 E. Jefferson Blvd., #350
South Bend, IN 46601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.69**

**Priority creditor's name and mailing address**
State of Nevada
Depart. of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.70**

**Priority creditor's name and mailing address**
Stephen Mahler
930 Marlylee Lane
Hemet, CA 92543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.71**

**Priority creditor's name and mailing address**
Talin Dernderian
5640 Farmdale Ave. #110
N Hollywood, CA 91601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    DigitalSound Production Services, Inc.

| First Name | Middle Name | Last Name |

Case number (if know)    1:15-bk-13952-MB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.72**

**Priority creditor's name and mailing address**
Tennessee Dept. of Revenue
500 Deaderick St.
Nashville, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.73**

**Priority creditor's name and mailing address**
Texas Comptroller of Public Account
Lyndon B. Johnson State Office Bldg
111 East 17th Street
Austin, TX 78774

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.74**

**Priority creditor's name and mailing address**
Thomas Huston
10925 Palms Blvd. #17
Los Angeles, CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00          $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.75**

**Priority creditor's name and mailing address**
Thomas Sorce
Business Consulting
Audio Design and Engineering
2942 Valmere Drive
Malibu, CA 90265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.76**

**Priority creditor's name and mailing address**
Tracy Lavietes
36907 57th St. East
Palmdale, CA 93552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.77**

**Priority creditor's name and mailing address**
Virginia Department of Taxation
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.78**

**Priority creditor's name and mailing address**
Washington State Dept. of Revenue
6500 Linderson Way SW
Olympia, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.79**

**Priority creditor's name and mailing address**
Wisconsin Dept. of Revenue
2135  Rimrock Rd.
Madison, WI 53708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00        $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For Notice Purposes Only

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
4Wall Entertainment
Attn President or Manager Agent
5435 W San Fernando Rd.
Los Angeles, CA 90039

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$  24,927.85

**Basis for the claim:**   Trade debt.  Creditor owes debtor money as of the petition date.

---

Debtor 1   DigitalSound Production Services, Inc.                                   Case number (if know)   1:15-bk-13952-MB

First Name          Middle Name                    Last Name

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ☐ No |
| Last 4 digits of account number | | ■ Yes |

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 71,701.30 |
|---|---|---|---|
| | A&M Pierce Property, LLC | Check all that apply. | |
| | Attn Arnold Zane Member | ■ Contingent | |
| | 11856 Balboa Blvd #268 | ■ Unliquidated | |
| | Granada Hills, CA 91344 | ■ Disputed | |

Basis for the claim:   Landlord of Pacoima Location. Unpaid taxes and alleged damage to property.

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | 5000 | ☐ Yes |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 32,419.30 |
|---|---|---|---|
| | Acey Decy Lighting | Check all that apply. | |
| | Attn President or Manager Agent | ■ Contingent | |
| | 200 Parkside Dr. | ■ Unliquidated | |
| | San Fernando, CA 91340 | ■ Disputed | |

Basis for the claim:   Trade debt.  Creditor owes debtor money as of the petition date.

| Date or dates debt was incurred | Vendor | Is the claim subject to offset? |
|---|---|---|
| | | ☐ No |
| Last 4 digits of account number | 8DPS | ■ Yes |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 29,354.29 |
|---|---|---|---|
| | Act Lighting | Check all that apply. | |
| | Attn President or Manager Agent | ☐ Contingent | |
| | 2313 N Valley St | ☐ Unliquidated | |
| | Burbank, CA 91505 | ☐ Disputed | |

Basis for the claim:   Trade debt

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | 3830 | ☐ Yes |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

Debtor 1    DigitalSound Production Services, Inc.

| First Name | Middle Name | Last Name |

Case number (if know)    1:15-bk-13952-MB

---

Adobe
345 Park Ave
San Jose, CA 95110-2704

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    For Notice Purposes Only

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.6**

**Nonpriority creditor's name and mailing address**
Ahern Rentals
PO Box 271390
Las Vegas, NV 89127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 983.08

**Basis for the claim:**    Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.7**

**Nonpriority creditor's name and mailing address**
Alexander Alvord
52 Archipelago
Newport Coast, CA 92657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:**    Pending Litigation

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.8**

**Nonpriority creditor's name and mailing address**
Alliance Rental Solutions
Attn President or Manager Agent
23639 Via Primero
Valencia, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,613.50

**Basis for the claim:**    Trade debt

---

Debtor 1    DigitalSound Production Services, Inc.                                    Case number (if know)    1:15-bk-13952-MB
              First Name          Middle Name          Last Name

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | 2434 | ☐ Yes |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,690.00 |
|---|---|---|---|
| | Alliant Event Services, Inc. | Check all that apply. | |
| | Attn President or Manager Agent | ☐ Contingent | |
| | 196 University Parkway | ☐ Unliquidated | |
| | Pomona, CA 91768 | ☐ Disputed | |

**Basis for the claim:**    Trade debt

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,091.53 |
|---|---|---|---|
| | Allstates Worldcargo | Check all that apply. | |
| | Attn President or Manager Agent | ☐ Contingent | |
| | 1 Pelican Drive | ☐ Unliquidated | |
| | Suite 1 | ☐ Disputed | |
| | Bayville, NJ 08721 | | |

**Basis for the claim:**    Trade debt

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 3,864.00 |
|---|---|---|---|
| | Amp'd Entertainment | Check all that apply. | |
| | 17160 Wabash Ave | ☐ Contingent | |
| | Yorba Linda, CA 92886 | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**    Trade debt

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Anthony Dever
6 Emmy Lane
Ladera Ranch, CA 92694

_Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** For Notice Purposes Only

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.13**

**Nonpriority creditor's name and mailing address**
Antonio Gonzalez
7550D Tampa Ave
PO Box #92
Reseda, CA 91335

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250.00

**Basis for the claim:** Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.14**

**Nonpriority creditor's name and mailing address**
ARC Light EFX Inc.
Attn President or Manager Agent
9338 San Fernando Road
Sun Valley, CA 91352

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,551.51

**Basis for the claim:** Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.15**

**Nonpriority creditor's name and mailing address**
Artisan Creative, Inc.
Attn President or Manager Agent
Dept LA 23496
Pasadena, CA 91185

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,000.00

**Basis for the claim:** Trade debt

---

Debtor 1    DigitalSound Production Services, Inc.                                   Case number (if known)    1:15-bk-13952-MB

      First Name      Middle Name      Last Name

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,460.00 |

Bexel
2701 N. Ontario St.
Burbank, CA 91504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

Big Ol' Bear, Inc.
Attn: Robert Finley
5135 Ellenwood Drive
Los Angeles, CA 90041

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Notice Purposes Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 10,050.00 |

BRS Rigging
Attn President or Manager Agent
13516 S Mariposa Ave
Gardena, CA 90347

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,728.60 |

Cable and Connectivity Solutions
Attn President or Manager Agent
4721 Hastings Place
Lake Oswego, OR 97035

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   DigitalSound Production Services, Inc.                                        Case number (if know)   1:15-bk-13952-MB
          First Name        Middle Name           Last Name

Basis for the claim:   Trade debt

Date or dates debt was incurred _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number _____        □ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 5,828.59 |

CBI Cables
6152 County Seat Rd
Oriskany, NY 13424

Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number _____        □ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |

Cineo Lighting
PO Box 808
North Hills, CA 91343

Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:   For Notice Purposes Only

Date or dates debt was incurred _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number _____        □ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 243.10 |

Cintas Corp
Attn President or Manager Agent
4320 E Miraloma Ave
Anaheim, CA 92807

Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:   Trade debt

Date or dates debt was incurred _____        Is the claim subject to offset?

                                                   ■ No
Last 4 digits of account number   3324              □ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 145.81 |

---

Debtor 1    DigitalSound Production Services, Inc.                           Case number (if know)    1:15-bk-13952-MB

| First Name | Middle Name | Last Name |

Cox Communications
PO Box 1259
Dept. # 102280
Oaks, PA 19456

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 0.00 |

Empire Wholesale, Inc.
5675 Mansfield Way
Bell,, CA 90201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Notice Purposes Only

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    4042

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 11,817.12 |

Entertainment Lighting Services
Attn President or Manager Agent
11440 Sheldon St
Sun Valley, CA 91352

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt. Creditor owes debtor money as of the petition date.

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number    3063

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 5,210.00 |

Felix Lighting
Attn President or Manager Agent
17116 Valley View Ave
La Mirada, CA 90638

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt. Creditor owes debtor money as of the petition date.

---

Debtor 1   DigitalSound Production Services, Inc.                                      Case number (if know)    1:15-bk-13952-MB

First Name        Middle Name              Last Name

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☐ No ☐ Yes ■ |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 0.00 |
| | Ford Credit | *Check all that apply.* | | |
| | 15505 Roscoe Blvd. | ☐ Contingent | | |
| | North Hills, CA 91343 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**Basis for the claim:**    For Notice Purposes Only

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No ☐ Yes |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 449.88 |
| | General Electric Capital Corp. | *Check all that apply.* | | |
| | PO Box 31001 | ☐ Contingent | | |
| | Pasadena, CA 91110 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**Basis for the claim:**    Equipment lease

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No ☐ Yes |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,021.03 |
| | German Light Productions, Inc. | *Check all that apply.* | | |
| | 10945 Pendleton St. | ☐ Contingent | | |
| | Sun Valley, CA 91352 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**Basis for the claim:**    Trade debt

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ■ No ☐ Yes |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 0.00 |
| | Go Daddy | *Check all that apply.* | | |
| | 14455 N Hayden Rd Suite 226 | ☐ Contingent | | |
| | Scottsdale, AZ 85260 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

Debtor 1    DigitalSound Production Services, Inc.                              Case number (if know)    1:15-bk-13952-MB
_____ _____ _____
First Name        Middle Name        Last Name

**Basis for the claim:**    For Notice Purposes Only
_____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                        ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,230.44 |

GreatAmerica Leasing Corporation                    *Check all that apply.*
625 First Street SE                                 ☐ Contingent
PO Box 609                                          ☐ Unliquidated
Cedar Rapids, IA 52406-0609                         ☐ Disputed

                                                    **Basis for the claim:**    Equipment lease
                                                    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                        ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,916.95 |

Harman Professional, Inc.                           *Check all that apply.*
Attn President or Manager Agent                     ☐ Contingent
10653 S. River Front Parkway #300                   ☐ Unliquidated
South Jordan, UT 84095                              ☐ Disputed

                                                    **Basis for the claim:**    Trade debt
                                                    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                        ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 11,667.14 |

Hollywood Rentals                                   *Check all that apply.*
Attn President or Manager Agent                     ☐ Contingent
12800 Foothill Rd.                                  ☐ Unliquidated
Sylmar, CA 91342                                    ☐ Disputed

                                                    **Basis for the claim:**    Trade debt
                                                    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    _____    ■ No
                                                        ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,000.00 |

---

Debtor 1    DigitalSound Production Services, Inc.

| First Name | Middle Name | Last Name |

Case number (if know)    1:15-bk-13952-MB

---

Inspiration Technology Conference
Attn President or Manager Agent
103 Niska Drive
Waterdown, ON L0R 2H3
CANADA

**Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
Jack Rubin & Sons, Inc.
Attn President or Manager Agent
PO Box 3005
Compton, CA 90222-3005

**As of the petition filing date, the claim is:**
**Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

$    7,673.43

**Basis for the claim:**    Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number    1425

☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
Janco Transport
Attn President or Manager Agent
34 Burgess Place
Wayne, NJ 07470

**As of the petition filing date, the claim is:**
**Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

$    14,385.00

**Basis for the claim:**    Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
Kinetic Lighting, Inc.
Attn President or Manager Agent
722 Thompson Avenue
Glendale, CA 91201

**As of the petition filing date, the claim is:**
**Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

$    4,353.57

**Basis for the claim:**    Trade debt

---

Debtor 1   DigitalSound Production Services, Inc.
          First Name    Middle Name    Last Name

Case number (if know)   1:15-bk-13952-MB

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
Kish Rigging, Inc.
5400 Commerce Ave.
Moorpark, CA 93021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

$   4,605.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
Lewis Communications
Attn President or Manager Agent
724 Ocean Park Blvd
Santa Monica, CA 90405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

$   4,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
Liberty Mutual Ins
PO Box 66521
Saint Louis, MO 63166-6521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Insurance

$   3,879.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.41**

**Nonpriority creditor's name and mailing address**
Main Light Industries, Inc.
1614 Newport Gap Pike
Wilmington, DE 19808

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   5,681.08

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Basis for the claim:** Trade debt

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**

☐ Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** For Notice Purposes Only

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**

☐ Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**

Matrix Visual Solution
Attn President or Manager Agent
1748 West Business Center
Orange, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 32,806.33

**Basis for the claim:** Trade debt. Creditor owes debtor money as of the petition date.

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account number** SP01

☑ Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**

McMaster-Carr
Attn President or Manager Agent
PO Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 104.76

**Basis for the claim:** Trade debt

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**

☐ Yes

---

**3.45**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$ 0.00

---

Debtor 1   DigitalSound Production Services, Inc.                                   Case number (if know)   1:15-bk-13952-MB
          First Name        Middle Name        Last Name

Media Temple, Inc.                        *Check all that apply.*
8520 National Blvd. #A                    ☐ Contingent
Culver City, CA 90232                     ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**   For Notice Purposes Only

Date or dates debt was incurred           **Is the claim subject to offset?**
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |
|------|--|--|--|

3.46   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $ 0.00
       Microsoft                          *Check all that apply.*
       One Microsoft Way                  ☐ Contingent
       Redmond, WA 98052-6399             ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**   For Notice Purposes Only

Date or dates debt was incurred           **Is the claim subject to offset?**
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

3.47   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $ 0.00
       Modular Space Corporation          *Check all that apply.*
       1200 Swedesford Rd.                ☐ Contingent
       Berwyn, PA 19312                   ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**   For Notice Purposes Only

Date or dates debt was incurred           **Is the claim subject to offset?**
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

3.48   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $ 2,432.25
       Morpheus Technologies, LLC         *Check all that apply.*
       Attn President or Manager Agent    ☐ Contingent
       6275 S Sandhill Rd, #100           ☐ Unliquidated
       Las Vegas, NV 89120                ☐ Disputed

                                          **Basis for the claim:**   Trade debt

Date or dates debt was incurred           **Is the claim subject to offset?**
                                          ■ No
Last 4 digits of account number           ☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    DigitalSound Production Services, Inc.                                    Case number (if know)    1:15-bk-13952-MB
                First Name        Middle Name        Last Name

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 22.77 |

Mouser Electronics
1000 N. Main St.
Mansfield, TX 76063

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 3,905.00 |

Multi-Lite USA, Inc
Attn President or Manager Agent
160 So Victory Blvd
Burbank, Ca 91502

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 165.00 |

Neptune Productions - V
Attn President or Manager Agent
1709 Standard Ave
Glendale, CA 91201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    DPS

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 124.23 |

Nestle
6661 Dixie Hwy, Ste. 4
Louisville, KY 40258

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  DigitalSound Production Services, Inc.                              Case number (if know)    1:15-bk-13952-MB
_____
First Name    Middle Name    Last Name

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 731.00 |

Ontario Refrigeration
635 S. Mountain Ave.
Ontario, CA 91762

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    0328    ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,442.50 |

Pacific Coast Enterntainment
Attn President or Manager Agent
7291 Heil Ave
Huntington Beach, Ca 92647

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 8,175.00 |

Panther Premium Logistics
Attn President or Manager Agent
84 Medina Rd
Medina, OH 44256

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    3974    ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,040.00 |

---

Debtor 1   DigitalSound Production Services, Inc.

| First Name | Middle Name | Last Name | | Case number (if know) | 1:15-bk-13952-MB |

Paskal Lighting inc.
Attn President or Manager Agent
12685 Van Nuys Blvd
Pacoima, CA 91331

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   Trade debt.  Creditor owes debtor money as of the petition date.

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
■ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address**
Pathway Connectivity Solutions
Attn President or Manager Agent
439 17 Ave SE, Suite 103
Calgary
Alberta, T2G 1J9 Canada | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $ 9,380.00 |

**Basis for the claim:**   Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address**
Plasa Media, Inc
630 Ninth Avenue, Suite 609
New York, NY 10036 | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $ 8,850.00 |

**Basis for the claim:**   Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address**
Podio
7414 Hollister Avenue
Goleta, CA 93117 | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $ 0.00 |

**Basis for the claim:**   For Notice Purposes Only

---

Debtor 1   DigitalSound Production Services, Inc.                                   Case number (if know)   1:15-bk-13952-MB
              First Name      Middle Name          Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.60**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 5,600.00 |
|---|---|---|
| Pollstar | *Check all that apply.* | |
| Attn President or Manager Agent | ☐ Contingent | |
| 4697 W Jacquelyn Ave | ☐ Unliquidated | |
| Fresno, CA 93722-6413 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.61**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,331.00 |
|---|---|---|
| Power Trip Rentals | *Check all that apply.* | |
| Attn President or Manager Agent | ☐ Contingent | |
| 2501 Orange Ave | ☐ Unliquidated | |
| Signal Hill, CA 90755 | ☐ Disputed | |
| | **Basis for the claim:** Trade debt | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number 1249 | ☐ Yes |

---

**3.62**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 12,759.31 |
|---|---|---|
| PRG Lighting Los Angeles | *Check all that apply.* | |
| Attn President or Manager Agent | ■ Contingent | |
| 1245 Aviation Place | ■ Unliquidated | |
| San Fernando, CA 91340 | ■ Disputed | |
| | **Basis for the claim:** Trade debt. Creditor owes debtor money as of the petition date. | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number 2561 | ■ Yes |

---

**3.63**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 7,150.00 |
|---|---|---|

---

Debtor 1    DigitalSound Production Services, Inc.
_____
First Name        Middle Name        Last Name

Case number (if know)    1:15-bk-13952-MB

---

PRG Nocturne
Attn President or Manager Agent
1245 Aviation Place
San Fernando, CA 91340

**Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.64 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Production Media, Inc.
Attn President or Manager Agent
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    12,000.00

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.65 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Quality Lift & Equipment, Inc.
10845 Norwalk Blvd.
Santa Fe Springs, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    372.72

**Basis for the claim:**    Trade debt

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.66 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
R2
1100 Colorado Ave  Suite B
Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    0.00

**Basis for the claim:**    For Notice Purposes Only

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor 1    DigitalSound Production Services, Inc.                                          Case number (if know)    1:15-bk-13952-MB

First Name        Middle Name              Last Name

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 582.26 |

**Nonpriority creditor's name and mailing address**
Recology Los Angeles
PO Box 1081
Sun Valley, CA 91352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**
Rent What? Inc
Attn President or Manager Agent
1978 Gladwick Street
Rancho Dominguez, CA 90220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

$ 15,808.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
Ring Central
20 Davis Drive
Belmont, CA 94002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    For Notice Purposes Only

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
Roadshow Services
5501 3rd Street
San Francisco, CA 94124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

$ 38,955.00

---

Debtor 1  DigitalSound Production Services, Inc.                                  Case number (if know)   1:15-bk-13952-MB
First Name        Middle Name            Last Name

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 438.29 |
| --- | --- | --- | --- |
| | Rose  Brand | Check all that apply. | |
| | Attn President or Manager Agent | ☐ Contingent | |
| | 10616 Lanark St | ☐ Unliquidated | |
| | Sun Valley, CA 91352 | ☐ Disputed | |
| | | **Basis for the claim:**  Trade debt | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | 2220 | ☐ Yes |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 11,810.00 |
| --- | --- | --- | --- |
| | Show Group Production Services, Inc | Check all that apply. | |
| | Attn President or Manager Agent | ☐ Contingent | |
| | 15823 S Main St | ☐ Unliquidated | |
| | Gardena, CA 90248 | ☐ Disputed | |
| | | **Basis for the claim:**  Trade debt | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 65.84 |
| --- | --- | --- | --- |
| | Shred It | Check all that apply. | |
| | 6100 Condor Dr., Unit B | ■ Contingent | |
| | Moorpark, CA 93021 | ■ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:**  Trade debt | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 4,160.85 |
| --- | --- | --- | --- |

Debtor 1  DigitalSound Production Services, Inc.                                    Case number (if know)    1:15-bk-13952-MB
    First Name          Middle Name          Last Name

Skjonberg Controls, Inc.
1363 Donlon St, #6
Ventura, CA 93003

**Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.75**

**Nonpriority creditor's name and mailing address**
Snapav
Attn President or Manager Agent
1800 Continental Blvd Suite 200
Charlotte, NC 28273

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 219.24

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    0250

---

**3.76**

**Nonpriority creditor's name and mailing address**
SoCal Productions
Attn President or Manager Agent
1623 Maria Street
Burbank, CA 91504

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 46,334.62

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.77**

**Nonpriority creditor's name and mailing address**
Soren McAdam Christensen LLP
Attn President or Manager Agent
Post Office Box 8010
Redlands, CA 92375-1210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

$ 9,280.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    3100

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    DigitalSound Production Services, Inc.                                                    Case number (if know)    1:15-bk-13952-MB

       First Name      Middle Name      Last Name

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 6,600.00 |

**Nonpriority creditor's name and mailing address**
Sound Moves
Attn President or Manager Agent
2025 East Linden Ave,
Linden, NJ 07036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 12,350.00 |

**Nonpriority creditor's name and mailing address**
Stage Call
Attn President or Manager Agent
5248 S Desert View Dr # 102,
Apache Junction, AZ 85120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 710.37 |

**Nonpriority creditor's name and mailing address**
Staples Advantage
Attn President or Manager Agent
PO Box 83689
Chicago, IL 60696-3689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Date or dates debt was incurred

Last 4 digits of account number    7177

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 40.00 |

**Nonpriority creditor's name and mailing address**
Steel Deck
Attn President or Manager Agent
3339 Exposition Place
Los Angeles, CA 90018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number (if know) | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

| Last 4 digits of account number | _____ |
|---|---|

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,608.47 |
|---|---|---|

Studio Depot
Attn President or Manager Agent
937 N Sycamore Avenue
Hollywood, CA 90038

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

| Last 4 digits of account number | _____ |
|---|---|

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|

Suppose U Drive
3809 San Fernando Rd.
Glendale, CA 91204

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Notice Purposes Only

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

| Last 4 digits of account number | _____ |
|---|---|

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|

Syntech Group
9300 Santa Anita Ave Suite 100
Rancho Cucamonga, CA 91730

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Notice Purposes Only

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|

■ No

☐ Yes

| Last 4 digits of account number | _____ |
|---|---|

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 20,158.15 |
|---|---|---|

The Tech Consultants LLC
Attn President or Manager Agent
21770 Oxnard Street, Suite 870
Woodland Hills, CA 91367

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   DigitalSound Production Services, Inc.                                    Case number (if know)   1:15-bk-13952-MB
     First Name        Middle Name        Last Name

**Basis for the claim:**   Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**

Total Structures Inc.
1696 Walter Street
Ventura, CA 93003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   2,954.00

**Basis for the claim:**   Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**

Transgroup LAX
Attn President or Manager Agent
PO Box 69207
Seattle, Wa 98168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   165.00

**Basis for the claim:**   Trade debt

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   P108

■ No
☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**

Vectorworks
7150 Riverwood Drive,
Columbia, MD 21046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   0.00

**Basis for the claim:**   For Notice Purposes Only

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$   29,683.46

---

Debtor 1    DigitalSound Production Services, Inc.                          Case number (if know)    1:15-bk-13952-MB
_____
First Name         Middle Name         Last Name

Video Equipment Rentals                          Check all that apply.
Attn President or Manager Agent                  ■ Contingent
912 Ruberta Avenue                               ■ Unliquidated
Glendale, CA 91201                               ■ Disputed

                                                 Basis for the claim:    Trade debt.  Creditor owes debtor
                                                 money as of the petition date.

Date or dates debt was incurred                  Is the claim subject to offset?

                                                 ☐ No
Last 4 digits of account number    SLLC          ■ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 19,627.50 |

Videolines Mobile Television                     Check all that apply.
Attn President or Manager Agent                  ☐ Contingent
10852 So Pampas Dr.                              ☐ Unliquidated
Sandy, UT 84094                                  ☐ Disputed

                                                 Basis for the claim:    Trade debt

Date or dates debt was incurred                  Is the claim subject to offset?

                                                 ■ No
Last 4 digits of account number    SINC          ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 782.23 |

Volutone                                         Check all that apply.
Attn President or Manager Agent                  ☐ Contingent
PO Box 940283                                    ☐ Unliquidated
Simi Valley, CA 93094                            ☐ Disputed

                                                 Basis for the claim:    Trade debt

Date or dates debt was incurred                  Is the claim subject to offset?

                                                 ■ No
Last 4 digits of account number    DGO           ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 261.11 |

Wells Fargo Equipment Finance                    Check all that apply.
Manufacturer Services Group                      ☐ Contingent
PO Box 7777                                       ☐ Unliquidated
San Francisco, CA 94120-7777                     ☐ Disputed

                                                 Basis for the claim:    Trade debt

---

Debtor 1    DigitalSound Production Services, Inc.                                    Case number (if know)    1:15-bk-13952-MB

     First Name     Middle Name     Last Name

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.93**

**Nonpriority creditor's name and mailing address**
Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

$    171.73

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number

☐ Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**
XL Video
Attn President or Manager Agent
3380 N San Fernando Road
Los Angeles, CA 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

$    44,260.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    8736

☐ Yes

---

**3.95**

**Nonpriority creditor's name and mailing address**
Xtreme Structures and Fabrication
Attn President or Manager Agent
PO BOX 915
300 CMH Road
Sulphur Springs, TX 75483

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Trade debt

$    2,100.48

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    1571

☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor 1  DigitalSound Production Services, Inc.                                      Case number (if know)   1:15-bk-13952-MB
     First Name       Middle Name       Last Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Claremont Law Group, Inc.<br>Luisa G. Jaffe<br>618 W. Baseline Road<br>Claremont, CA 91711 | Line  3.2<br><br>☐  Not listed. Explain | |
| 4.2 | Neal S. Salisian<br>Salisian Lee LLP<br>550 South Hope Street, Suite 750<br>Los Angeles, CA 90071-2627 | Line  3.12<br><br>☐  Not listed. Explain | |
| 4.3 | Shulman Hodges & Bastian LLP<br>C/O Robert Huttenhoff<br>100 Spectrum Center Drive, Ste 600<br>Irvine, CA 92618 | Line  3.7<br><br>☐  Not listed. Explain | |
| 4.4 | Venable LLP<br>Attn: Hamid Rafatjoo<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | Line  3.89<br><br>☐  Not listed. Explain | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 675,811.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 675,811.03 |

**Fill in this information to identify the case:**

Debtor name ___DigitalSound Production Services, Inc.___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___1:15-bk-13952-MB___

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Unexpired non-residential real property lease of 12950 Pierce Street, Pacoima, California.<br>Until May 31, 2019<br><br>A&M Pierce Property, LLC<br>11856 Balboa Blvd., Suite 268<br>Granada Hills, CA 91344 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Independed Contractor Agreement.  Term is 36 months.  Agreement was entered into on March 2, 2015.<br><br>Big Ol' Bear Inc.<br>Attn: Robert Finley III<br>5135 Ellenwood Drive<br>Los Angeles, CA 90041 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment agreement entered into on March 1, 2013.  Renews annually unless terminated in writing 90 days before the annual date.<br><br>Brittany Maurette<br>10646 Vinca Lane #201<br>Ventura, CA 93004 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of | Reseller agreement entered into on December 31, 2014 appointing Debtor as a reseller of Cineo's products.<br>Term Expires December 31, 2015<br><br>Cineo Lighting, LLC<br>PO Box 808<br>North Hills, CA 91343 |

| | | | |
|---|---|---|---|
| Debtor 1 | DigitalSound Production Services, Inc. | | Case number (if known)   1:15-bk-13952-MB |
| | First Name   Middle Name   Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of a 2015 Ford Van [Term ends Sept. 1, 2020].  Debtor's 51% shareholder entered into this agreement, and he is no longer in control.  The Debtor has requested a copy of this agreement. | |
| | State the term remaining | | Ford Credit |
| | List the contract number of any government contract | | 15505 Roscoe Blvd. North Hills, CA 91343 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease 7954669001 dated March 26, 2015 for HPT795 44" Plotter, Sharp MX-3115, Sharp MX-3116, lease term of 36 months.  Large printer. | |
| | State the term remaining | | General Electric Capital Corp. |
| | List the contract number of any government contract | | PO Box 31001 Pasadena, CA 91110 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease 824538 dated October 8, 2012 for Sharp MX-3110N Copier System, lease term of 36 months

Equipment Lease 858106 dated March 6, 2013 for HP Designjet T790 24-in ePrinter Plotter, lease term of 36 months | |
| | State the term remaining | | GreatAmerica Leasing Corporation |
| | List the contract number of any government contract | | 625 First Street SE PO Box 609 Cedar Rapids, IA 52406-0609 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Employment agreement entered into on March 13, 2013.  Term of five years. | |
| | State the term remaining | | John Lee |
| | List the contract number of | | 8481 Farralone Ave. Canoga Park, CA 91304 |

Debtor 1    DigitalSound Production Services, Inc.                                           Case number (if known)    1:15-bk-13952-MB
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

any government contract

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease contract of a Scrubber.  Lease term is 60 months.  Lease entered into on June 14, 2014 | |
|---|---|---|---|
| | State the term remaining | 3 1/2 years | |
| | List the contract number of any government contract | | Marlin Business Bank 2795 E. Cottonwood Pky, Ste 120 Salt Lake City, UT 84121 |

---

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Employment agreement entered into on June 12, 2013.  Renews annually unless terminated in writing within 90 days before annual date. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Michael Alvarado 6319 Goldeneye Street Ventura, CA 93001 |

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Employment agreement entered into on November 12, 2012.  Term is five (5) years. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Paul Kobelja 1533 N. Hayworth Ave. #101 Los Angeles, CA 90046 |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Employment agreement entered into on February 15, 2013.  Automatically renews every year unless terminated with 90 days notice. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Raymond Estala 11150 Citrus Drive. #67 Ventura, CA 93001 |

---

| Debtor 1 | DigitalSound Production Services, Inc. | | | Case number *(if known)* | 1:15-bk-13952-MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1 3.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Master Lease Schedule 323401; UCC-1 Financing Statement filed with the California Secretary of State on 5/15/2015, filing number 15-7464927500 Financing Staterment; Collateral: All material handling equipment and associated accessories including lift trucks, pallet trucks, orderpickers, batteries and chargers in the possession of the Debtor or acquired in accordance with the Equipment Master Lease.  Lease of Fork Lift. | |
| State the term remaining | | Raymond Leasing Corporation Attn President Corporate Headquarters PO Box 130 Greene, NY 13778 |
| List the contract number of any government contract | | |
| **2.1 4.** State what the contract or lease is for and the nature of the debtor's interest | Three Equipment Leases - 2013 Hino - Unit 2090 - 24' Box Truck [Term ends May 3, 2018] & 2015 Hino - Unit 5051 - 26' Box Truck [Term ends Sept. 8, 2019] & Isuzu 18' Van Box Truck [Term Ends Aug. 8, 2019] | |
| State the term remaining | | Suppose U Drive 3809 San Fernando Rd. Glendale, CA 91204 |
| List the contract number of any government contract | | |
| **2.1 5.** State what the contract or lease is for and the nature of the debtor's interest | Employment agreement entered into on February 27, 2015.  Term is 36 months. | |
| State the term remaining | | Tracy J. Lavietes 36907 57th St. E. Palmdale, CA 93552 |
| List the contract number of any government contract | | |
| **2.1 6.** State what the contract or lease is for and the nature of the debtor's interest | Monthly agreement that Debtor has pre-paid. | |
| State the term remaining | | Vectorworks, Inc. 7150 Riverwood Dr. Columbia, MD 21046 |

| Debtor 1 | DigitalSound Production Services, Inc. | | Case number *(if known)* | 1:15-bk-13952-MB |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease of a Nissan Fork Lift, Agreement Number 301-0116331-001; UCC-1 Financing Statement filed with the California Secretary of State on 6/14/2013, filing number 13-7365233952; Collateral - Used 2006 Nissan Forklift CL30, serial number CPL01-9N1378 Term is 60 months. Agreement entered into on June 4, 2013 | |
|---|---|---|---|
| | State the term remaining | | Wells Fargo Bank NA Attn President 300 Tri-State International, #400 Lincolnshire, IL 60069 |
| | List the contract number of any government contract | _____ | |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | Participation agreement regarding Hillson United | |
|---|---|---|---|
| | State the term remaining | | Where Feet May Fail, LLC 22917 Pacific Coast Hwy, Ste 35 Malibu, CA 90265 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __DigitalSound Production Services, Inc.__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __1:15-bk-13952-MB__

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>_____<br>City        State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br>City        State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br>City        State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br>City        State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    DigitalSound Production Services, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    1:15-bk-13952-MB

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2015 to Filing Date | ■ Operating a business<br>☐ Other | $6,406,173.68 |
   | For prior year:<br>From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other   Business operations as recorded in Debtor's accounting records | $5,861,993.00 |
   | For year before that:<br>From 1/01/2013 to 12/31/2013 | ■ Operating a business<br>☐ Other   Business operations as recorded in Debtor's accounting records | $3,153,711.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
   lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | DigitalSound Production Services, Inc. | | Case number (if known)  1:15-bk-13952-MB |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer <br>*Check all that apply* |
|---|---|---|---|
| 3.1.    See Attachment 3. Payments to Creditors | | $0.00 | ☐ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Loan <br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address <br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See Attachment 4. Insider Payments | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title <br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Alex Alvord v. Anthony Dever and DigitalSound Production Services, Inc. <br>Case No. <br>32-2015-00801037-CU-FR-CJC | Conversion, Unjust Enrichment, et al. | Orange County Superior Court | ■ Pending <br>☐ On appeal <br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | DigitalSound Production Services, Inc. | Case number *(if known)* | 1:15-bk-13952-MB |
|---|---|---|---|

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street<br>Suite 500<br>Woodland Hills, CA 91367 | | 11/13/15 - $100,000<br>11/27/15 - $75,000 | $175,000.00 |
| | **Email or website address**<br>ebg-law.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | DigitalSound Production Services, Inc. | Case number (if known) | 1:15-bk-13952-MB |

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 2168 Michelson Drive<br>Irvine, CA 92612 | 8/1/2011 - 7/31/2015 |
| 14.2. | 9820 Irvine Center Drive<br>Irvine, CA 92618 | 1/1/14 - 9/1/2015 |
| 14.3. | 7643 N. San Fernando Rd.<br>Burbank, CA 91505 | 4/1/13 - 10/1/15 |
| 14.4. | 7691 N. San Fernando Rd<br>Burbank, CA 91505 | 10/1/2012  9/1/2014 |
| 14.5. | 1221 Avenue of the Americas<br>Suite 4200<br>New York, NY 10020 | 2/17/2015 - 9/30/2015 |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | DigitalSound Production Services, Inc. | Case number *(if known)* | 1:15-bk-13952-MB |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | DigitalSound Production Services, Inc. | Case number *(if known)* | 1:15-bk-13952-MB |
|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Cineo Lighting LLC<br>PO Box 808<br>North Hills, CA 91343 | Manufacturer and Distributor of Lighting Fixtures | EIN:    46-2404612<br><br>From-To |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Greg Schroeder<br>DigitalSound Production Services<br>12950 Pierce St.<br>Pacoima, CA 91331 | June 2015 - Present |
| 26a.2.   Eric Wieler<br>DigitalSound Production Services<br>12950 Pierce St.<br>Pacoima, CA 91331 | 2013 - Present |
| 26a.3.   Jay Sendyk<br>DigitalSound Production Services<br>12950 Pierce St.<br>Pacoima, CA 91331 | Aug 2014 to April 2015 |
| 26a.4.   Soren McAdams Christenson LLP<br>2068 Orange Tree Lane, #100<br>Redlands, CA 92374 | 2015 - Present |
| 26a.5.   Barin Perren Schwager & Dolan LLP<br>21700 Oxnard Street, Suite 950<br>Woodland Hills, CA 91367 | 2014 - 2015 |
| 26a.6.   Robert J. Richter CPA<br>4500 Campus Drive, Suite 212<br>Newport Beach, CA 92660 | 2013 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    DigitalSound Production Services, Inc. _____    Case number *(if known)*  1:15-bk-13952-MB

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Barin Perren Schwager & Dolan LLP 21700 Oxnard Street, Suite 950 Woodland Hills, CA 91367 | 2014 - 2015 Preparation of tax returns and related financial documents |
| **Name and address** | **Date of service From-To** |
| 26b.2.    Robert J. Richter CPA 4500 Campus Drive, Suite 212 Newport Beach, CA 92660 | 2013 Preparation of tax returns and related financial documents |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Charles Klaus DigitalSound Production Services, Inc. 12950 Pierce Street Pacoima, CA 91331 | |
| 26c.2.    Greg Schroeder DigitalSound Production Services, Inc. 12950 Pierce Street Pacoima, CA 91331 | |
| 26c.3.    Eric Wieler DigitalSound Production Services, Inc. 12950 Pierce Street Pacoima, CA 91331 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Union Bank 601 South Glenoaks Blvd. Burbank, CA 91502 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

| Debtor | DigitalSound Production Services, Inc. | Case number *(if known)* | 1:15-bk-13952-MB |
|---|---|---|---|

| 27.1. | **Name of the person who supervised the taking of the inventory**<br>Craig Meredith | **Date of inventory**<br>Cycle Inventory - October 2015 | **The dollar amount and basis (cost, market, or other basis) of each inventory**<br>$5,000,000 (approximate) |
|---|---|---|---|
| | **Name and address of the person who has possession of inventory records**<br>DigitalSound Productions Services<br>Pacoima, CA 91331 | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles G. Klaus | DigitalSound Production Services, Inc.<br>12950 Pierce Street<br>Pacoima, CA 91331 | Sole Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greg Schroeder | DigitalSound Production Services<br>12950 Pierce Street<br>Pacoima, CA 91331 | Director of Finance<br>Former CFO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexander Alvord | 52 Archipelago Dr.<br>Newport Coast, CA 92657 | Shareholder | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Dever | 6 Emmy Lane<br>Ladera Ranch, CA 92694 | Shareholder<br>Former CEO | 51% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Dever | 6 Emmy Lane<br>Ladera Ranch, CA 92694 | CEO | 2011- September 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Patrick Whalen | 8525 Skyline Drive<br>Los Angeles, CA 90046 | President | _____ -<br>May 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Greg Schroeder | DigitalSound Production Services, Inc.<br>12950 Pierce Street<br>Pacoima, CA 91331 | CFO | July 2015 - November 2015 |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    DigitalSound Production Services, Inc.                                    Case number *(if known)*  1:15-bk-13952-MB

loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See Attachment 13. Insider Payment, Dist | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *December 14th 2015*

_____          Charles G. Klaus
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■  No
☐  Yes

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment fo transfer |
|---|---|---|---|---|
| | | | | |
| .4WALL ENTERTAINMENT | 09/03/2015 | 552.00 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 09/03/2015 | 2,172.00 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 09/09/2015 | 9,429.00 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 09/09/2015 | 2,248.75 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 09/17/2015 | 9,815.50 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 09/24/2015 | 8,971.40 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 09/24/2015 | 1,719.55 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 10/08/2015 | 4,564.25 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 10/09/2015 | 11,895.00 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 10/16/2015 | 13,555.11 | | Suppliers or vendors |
| .4WALL ENTERTAINMENT | 10/26/2015 | 10,108.85 | 75,031.41 | Suppliers or vendors |
| .ACT LIGHTING | 10/05/2015 | 11,886.88 | | Suppliers or vendors |
| .ACT LIGHTING | 10/09/2015 | 1,895.18 | | Suppliers or vendors |
| .ACT LIGHTING | 10/16/2015 | 1,850.03 | | Suppliers or vendors |
| .ACT LIGHTING | 10/26/2015 | 5,386.79 | | Suppliers or vendors |
| .ACT LIGHTING | 10/26/2015 | 1,328.77 | 22,347.65 | Suppliers or vendors |
| .ALLIANCE RENTAL SOLUTIONS | 09/24/2015 | 2,538.00 | | Suppliers or vendors |
| .ALLIANCE RENTAL SOLUTIONS | 10/01/2015 | 2,538.00 | | Suppliers or vendors |
| .ALLIANCE RENTAL SOLUTIONS | 10/05/2015 | 1,254.00 | | Suppliers or vendors |
| .ALLIANCE RENTAL SOLUTIONS | 10/26/2015 | 2,398.00 | 8,728.00 | Suppliers or vendors |
| .ANC Productions | 11/13/2015 | 164,605.80 | 164,605.80 | Suppliers or vendors |
| .ANVIL CASES | 10/26/2015 | 12,807.50 | 12,807.50 | Suppliers or vendors |
| .BRANAM ENTERPRISES, INC. | 09/03/2015 | 409.40 | | Suppliers or vendors |
| .BRANAM ENTERPRISES, INC. | 09/18/2015 | 44.80 | | Suppliers or vendors |
| .BRANAM ENTERPRISES, INC. | 09/24/2015 | 6,217.60 | | Suppliers or vendors |
| .BRANAM ENTERPRISES, INC. | 10/12/2015 | 4,526.00 | | Suppliers or vendors |
| .BRANAM ENTERPRISES, INC. | 10/26/2015 | 2,124.80 | 13,322.60 | Suppliers or vendors |
| .CAT ENTERTAINMENT SERVICES | 09/21/2015 | 5,600.00 | | Suppliers or vendors |
| .CAT ENTERTAINMENT SERVICES | 10/20/2015 | 8,304.93 | 13,904.93 | Suppliers or vendors |
| .CRYOFX LLC | 09/16/2015 | 3,456.00 | | Suppliers or vendors |
| .CRYOFX LLC | 10/15/2015 | 4,125.60 | 7,581.60 | Suppliers or vendors |
| .EMPIRE WHOLESALE, INC. | 10/14/2015 | 9,422.13 | | Suppliers or vendors |
| .EMPIRE WHOLESALE, INC. | 11/12/2015 | 3,591.00 | 13,013.13 | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 09/08/2015 | 5,573.50 | | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 09/08/2015 | 4,000.00 | | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 09/25/2015 | 1,941.00 | | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 10/01/2015 | 2,169.00 | | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 10/19/2015 | 4,382.61 | | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 10/26/2015 | 1,012.00 | | Suppliers or vendors |
| .ENTERTAINMENT LIGHTING SERVICES | 11/01/2015 | 2,335.80 | 21,413.91 | Suppliers or vendors |
| .FELIX LIGHTING | 09/22/2015 | 10,143.00 | | Suppliers or vendors |
| .FELIX LIGHTING | 10/02/2015 | 10,730.00 | | Suppliers or vendors |
| .FELIX LIGHTING | 10/16/2015 | 150.00 | | Suppliers or vendors |
| .FELIX LIGHTING | 11/01/2015 | 1,040.00 | 22,063.00 | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 09/03/2015 | 1,199.85 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 09/03/2015 | 237.94 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 09/03/2015 | 2,099.15 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 09/03/2015 | 1,698.98 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 09/25/2015 | 540.00 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 10/09/2015 | 2,276.53 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 10/16/2015 | 2,550.00 | | Suppliers or vendors |
| .HOLLYWOOD RENTALS | 10/26/2015 | 1,742.16 | 12,344.61 | Suppliers or vendors |
| .HOLLYWOOD SOUND SYSTEMS | 11/12/2015 | 6,310.00 | 6,310.00 | Suppliers or vendors |
| .JANMAR LIGHTING | 09/15/2015 | 40,092.50 | | Suppliers or vendors |
| .JANMAR LIGHTING | 10/14/2015 | 20,046.25 | | Suppliers or vendors |
| .JANMAR LIGHTING | 10/19/2015 | 20,046.25 | 80,185.00 | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/17/2015 | 25,143.00 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/18/2015 | 3,898.80 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/18/2015 | 7,095.60 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/18/2015 | 1,062.75 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/18/2015 | 642.60 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/18/2015 | 196.24 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 09/29/2015 | 1,907.50 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 10/09/2015 | 6,156.00 | | Suppliers or vendors |

Attachment 3 to SOFA - Payments to Creditors

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment fo transfer |
|---|---|---|---|---|
| .MATRIX VISUAL SOLUTION | 10/20/2015 | 6,156.00 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 10/26/2015 | 18,488.00 | | Suppliers or vendors |
| .MATRIX VISUAL SOLUTION | 11/18/2015 | 6,156.00 | 76,902.49 | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 09/03/2015 | 1,440.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 09/09/2015 | 4,950.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 09/24/2015 | 3,800.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 09/29/2015 | 2,100.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/02/2015 | 1,232.15 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/02/2015 | 600.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/02/2015 | 1,450.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/16/2015 | 2,415.07 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/16/2015 | 2,305.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/26/2015 | 3,510.00 | | Suppliers or vendors |
| .PANTHER PREMIUM LOGISTICS | 10/26/2015 | 4,800.00 | 28,602.22 | Suppliers or vendors |
| .POWER TRIP RENTALS | 09/18/2015 | 1,500.00 | | Suppliers or vendors |
| .POWER TRIP RENTALS | 09/22/2015 | 12,560.75 | | Suppliers or vendors |
| .POWER TRIP RENTALS | 10/16/2015 | 2,941.75 | | Suppliers or vendors |
| .POWER TRIP RENTALS | 10/16/2015 | 5,038.00 | | Suppliers or vendors |
| .POWER TRIP RENTALS | 10/26/2015 | 7,020.45 | 29,060.95 | Suppliers or vendors |
| .PRG LIGHTING LOS ANGELES | 11/12/2015 | 7,443.14 | 7,443.14 | Suppliers or vendors |
| .ROCK-IT CARGO USA LLC | 09/03/2015 | 3,475.00 | | Suppliers or vendors |
| .ROCK-IT CARGO USA LLC | 09/15/2015 | 11,700.00 | | Suppliers or vendors |
| .ROCK-IT CARGO USA LLC | 09/30/2015 | 2,950.00 | | Suppliers or vendors |
| .ROCK-IT CARGO USA LLC | 10/26/2015 | 4,350.00 | 22,475.00 | Suppliers or vendors |
| .SHS GLOBAL | 09/08/2015 | 30,175.50 | | Suppliers or vendors |
| .SHS GLOBAL | 09/25/2015 | 126,725.08 | | Suppliers or vendors |
| .SHS GLOBAL | 10/15/2015 | 126,869.70 | 283,770.28 | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 09/03/2015 | 450.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 09/03/2015 | 1,345.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 09/25/2015 | 3,450.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 10/02/2015 | 2,896.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 10/09/2015 | 1,092.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 10/16/2015 | 17,410.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 10/26/2015 | 3,935.00 | | Suppliers or vendors |
| .SOCAL PRODUCTIONS | 10/26/2015 | 450.03 | 31,028.03 | Suppliers or vendors |
| .STAPLES ADVANTAGE | 09/03/2015 | 1,223.06 | | Suppliers or vendors |
| .STAPLES ADVANTAGE | 09/25/2015 | 1,028.16 | | Suppliers or vendors |
| .STAPLES ADVANTAGE | 10/16/2015 | 485.31 | | Suppliers or vendors |
| .STAPLES ADVANTAGE | 10/26/2015 | 482.96 | | Suppliers or vendors |
| .STAPLES ADVANTAGE | 11/13/2015 | 3,689.55 | 6,909.04 | Suppliers or vendors |
| .SUPERIOR STAGE CREW, LLC | 09/25/2015 | 1,480.00 | | Suppliers or vendors |
| .SUPERIOR STAGE CREW, LLC | 09/25/2015 | 941.00 | | Suppliers or vendors |
| .SUPERIOR STAGE CREW, LLC | 10/09/2015 | 3,478.00 | | Suppliers or vendors |
| .SUPERIOR STAGE CREW, LLC | 10/16/2015 | 888.00 | | Suppliers or vendors |
| .SUPERIOR STAGE CREW, LLC | 11/13/2015 | 5,834.50 | 12,621.50 | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 09/03/2015 | 446.39 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 09/22/2015 | 11,000.00 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 09/25/2015 | 2,300.00 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 09/29/2015 | 1,650.00 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 09/29/2015 | 3,797.50 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 09/29/2015 | 4,114.00 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 10/08/2015 | 276.00 | | Suppliers or vendors |
| .VIDEO EQUIPMENT RENTALS | 10/09/2015 | 275.00 | 23,858.89 | Suppliers or vendors |
| .VIDEOLINES MOBILE TELEVISION | 10/26/2015 | 7,000.00 | 7,000.00 | Suppliers or vendors |
| .VOLUTONE | 09/03/2015 | 5.56 | | Suppliers or vendors |
| .VOLUTONE | 09/11/2015 | 10,932.69 | | Suppliers or vendors |
| .VOLUTONE | 09/24/2015 | 1,876.09 | | Suppliers or vendors |
| .VOLUTONE | 10/16/2015 | 750.85 | | Suppliers or vendors |
| .VOLUTONE | 10/18/2015 | 151.16 | | Suppliers or vendors |
| .VOLUTONE | 10/26/2015 | 2,242.74 | 15,959.09 | Suppliers or vendors |
| .XL Video | 10/01/2015 | 4,600.00 | | Suppliers or vendors |
| .XL Video | 10/09/2015 | 27,750.00 | | Suppliers or vendors |
| .XL Video | 10/26/2015 | 10,385.00 | | Suppliers or vendors |
| .XL Video | 11/12/2015 | 11,000.00 | 53,735.00 | Suppliers or vendors |
| 7691 San Fernando Rd, Bldg. 9A Assoc LLC | 09/30/2015 | 18,861.67 | | Rent |

Attachment 3 to SOFA - Payments to Creditors

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment fo transfer |
|---|---|---|---|---|
| 7691 San Fernando Rd, Bldg. 9A Assoc LLC | 11/13/2015 | 18,861.67 | 37,723.34 | Rent |
| A&M Pierce Property, LLC | 09/30/2015 | 39,428.40 | | Rent |
| A&M Pierce Property, LLC | 10/30/2015 | 39,428.40 | 78,856.80 | Rent |
| American Cinematographer | 10/09/2015 | 4,523.53 | | Suppliers or vendors |
| American Cinematographer | 11/12/2015 | 4,523.53 | 9,047.06 | Suppliers or vendors |
| American Express | 09/02/2015 | 50,000.00 | | Suppliers or vendors |
| American Express | 09/09/2015 | 73,895.25 | | Suppliers or vendors |
| American Express | 09/09/2015 | 2,311.81 | | Suppliers or vendors |
| American Express | 10/10/2015 | 100,013.11 | | Suppliers or vendors |
| American Express | 10/10/2015 | 497.08 | | Suppliers or vendors |
| American Express | 11/09/2015 | 143,677.12 | | Suppliers or vendors |
| American Express | 11/09/2015 | 35.00 | 370,429.37 | Suppliers or vendors |
| California Choice | 09/20/2015 | 18,436.02 | | Suppliers or vendors |
| California Choice | 10/20/2015 | 11,793.87 | | Suppliers or vendors |
| California Choice | 11/12/2015 | 4,205.54 | 34,435.43 | Suppliers or vendors |
| Charles G. Klaus | 11/13/2015 | 88,532.45 | | CEO |
| Charles G. Klaus | 11/27/2015 | 11,927.19 | 100,459.64 | CEO |
| East West Insurance Services | 09/25/2015 | 10,320.00 | 10,320.00 | Insurance |
| Encore Law Group, Inc. | 09/02/2015 | 10,000.00 | | Attorneys Fees |
| Encore Law Group, Inc. | 11/12/2015 | 41,155.00 | | Attorneys Fees |
| Encore Law Group, Inc. | 11/13/2015 | 15,000.00 | | Attorneys Fees |
| Encore Law Group, Inc. | 11/17/2015 | 18,933.50 | 85,088.50 | Attorneys Fees |
| ExxonMobil | 09/18/2015 | 4,512.23 | | Suppliers or vendors |
| ExxonMobil | 10/18/2015 | 1,528.83 | | Suppliers or vendors |
| ExxonMobil | 11/12/2015 | 211.61 | 6,252.67 | Suppliers or vendors |
| Ezra Brutzkus Gubner LLP | 11/13/2015 | 100,000.00 | | Attorneys Fees |
| Ezra Brutzkus Gubner LLP | 11/27/2015 | 75,000.00 | 175,000.00 | Attorneys Fees |
| Front of House | 11/16/2015 | 50,000.00 | 50,000.00 | Suppliers or vendors |
| Halcyon Consulting | 10/14/2015 | 2,500.00 | | Consulting |
| Halcyon Consulting | 11/17/2015 | 3,500.00 | 6,000.00 | Consulting |
| Liberty Mutual Insurance | 09/01/2015 | 1,616.17 | | Insurance |
| Liberty Mutual Insurance | 09/05/2015 | 6,400.00 | | Insurance |
| Liberty Mutual Insurance | 10/01/2015 | 1,616.21 | | Insurance |
| Liberty Mutual Insurance | 10/05/2015 | 6,400.00 | | Insurance |
| Liberty Mutual Insurance | 11/01/2015 | 1,616.21 | | Insurance |
| Liberty Mutual Insurance | 11/05/2015 | 6,400.00 | 24,048.59 | Insurance |
| Los Angeles Dept. of Water & Power | 09/09/2015 | 54.45 | | Utilities |
| Los Angeles Dept. of Water & Power | 09/09/2015 | 1,985.31 | | Utilities |
| Los Angeles Dept. of Water & Power | 09/22/2015 | 7,405.14 | | Utilities |
| Los Angeles Dept. of Water & Power | 10/06/2015 | 1,911.40 | | Utilities |
| Los Angeles Dept. of Water & Power | 10/06/2015 | 45.39 | | Utilities |
| Los Angeles Dept. of Water & Power | 10/26/2015 | 7,426.47 | | Utilities |
| Los Angeles Dept. of Water & Power | 11/05/2015 | 35.01 | | Utilities |
| Los Angeles Dept. of Water & Power | 11/05/2015 | 1,636.90 | | Utilities |
| Los Angeles Dept. of Water & Power | 11/12/2015 | 6,218.93 | 26,719.00 | Utilities |
| Oppenheimer Funds | 09/15/2015 | 7,384.48 | | Suppliers or vendors |
| Oppenheimer Funds | 09/25/2015 | 6,519.20 | | Suppliers or vendors |
| Oppenheimer Funds | 10/07/2015 | 6,987.19 | | Suppliers or vendors |
| Oppenheimer Funds | 10/26/2015 | 10,274.31 | | Suppliers or vendors |
| Oppenheimer Funds | 11/10/2015 | 4,091.36 | | Suppliers or vendors |
| Oppenheimer Funds | 11/19/2015 | 3,421.41 | 38,677.95 | Suppliers or vendors |
| PLASA Media, Inc. | 09/03/2015 | 8,850.00 | 8,850.00 | Suppliers or vendors |
| Projection, Lights & Staging News | 11/16/2015 | 39,700.00 | 39,700.00 | Suppliers or vendors |
| Quality Lift & Equipment, Inc. | 09/25/2015 | 301.32 | | Suppliers or vendors |
| Quality Lift & Equipment, Inc. | 10/09/2015 | 351.55 | | Suppliers or vendors |
| Quality Lift & Equipment, Inc. | 10/09/2015 | 360.59 | | Suppliers or vendors |
| Quality Lift & Equipment, Inc. | 10/09/2015 | 6,451.71 | 7,465.17 | Suppliers or vendors |
| R&R Holdings, Inc. | 10/14/2015 | 7,475.00 | 7,475.00 | Suppliers or vendors |
| Ring Central | 09/10/2015 | 2,254.58 | | Suppliers or vendors |
| Ring Central | 10/09/2015 | 2,256.61 | | Suppliers or vendors |
| Ring Central | 11/06/2015 | 23.62 | | Suppliers or vendors |
| Ring Central | 11/08/2015 | 2,256.61 | 6,791.42 | Suppliers or vendors |
| Robert Finley (BIG OL' BEAR, INC.) | 09/11/2015 | 2,500.00 | | Consultant |
| Robert Finley (BIG OL' BEAR, INC.) | 09/11/2015 | 4,615.39 | | Consultant |
| Robert Finley (BIG OL' BEAR, INC.) | 09/25/2015 | 4,615.39 | | Consultant |

Attachment 3 to SOFA - Payments to Creditors

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment fo transfer |
|---|---|---|---|---|
| Robert Finley (BIG OL' BEAR, INC.) | 10/09/2015 | 4,615.39 | | Consultant |
| Robert Finley (BIG OL' BEAR, INC.) | 10/23/2015 | 4,615.39 | | Consultant |
| Robert Finley (BIG OL' BEAR, INC.) | 10/23/2015 | 2,500.00 | | Consultant |
| Robert Finley (BIG OL' BEAR, INC.) | 11/06/2015 | 4,615.39 | | Consultant |
| Robert Finley (BIG OL' BEAR, INC.) | 11/13/2015 | 4,615.39 | 32,692.34 | Consultant |
| San Fernando Road Industrial Park, LLC | 09/30/2015 | 15,109.00 | | Rent |
| San Fernando Road Industrial Park, LLC | 11/17/2015 | 71,576.00 | 86,685.00 | Rent |
| Schulze Haynes Loevenguth & Co. | 10/01/2015 | 6,000.00 | | Suppliers or vendors |
| Schulze Haynes Loevenguth & Co. | 11/27/2015 | 6,000.00 | 12,000.00 | Suppliers or vendors |
| Skjonberg Controls, Inc. | 10/09/2015 | 811.53 | | Suppliers or vendors |
| Skjonberg Controls, Inc. | 10/09/2015 | 15,042.00 | 15,853.53 | Suppliers or vendors |
| Soren McAdam Christenson LLP | 09/02/2015 | 20,359.00 | | |
| Soren McAdam Christenson LLP | 09/25/2015 | 16,800.00 | 37,159.00 | |
| SRI Advertising | 10/27/2015 | 9,032.40 | 9,032.40 | Advertising |
| Stage Directions | 09/03/2015 | 4,800.00 | | Suppliers or vendors |
| Stage Directions | 11/16/2015 | 9,600.00 | 14,400.00 | Suppliers or vendors |
| Suppose U Drive | 09/03/2015 | 404.30 | | Suppliers or vendors |
| Suppose U Drive | 09/15/2015 | 1,274.57 | | Suppliers or vendors |
| Suppose U Drive | 09/15/2015 | 5,995.09 | | Suppliers or vendors |
| Suppose U Drive | 10/09/2015 | 7,565.08 | | Suppliers or vendors |
| Suppose U Drive | 11/12/2015 | 5,596.82 | 20,835.86 | Suppliers or vendors |
| Titus Investments LLC | 09/01/2015 | 5,770.29 | | Rent - Insider |
| Titus Investments LLC | 09/30/2015 | 4,543.50 | 10,313.79 | Rent - Insider |
| TMB | 09/03/2015 | 92.64 | | Suppliers or vendors |
| TMB | 09/03/2015 | 1,806.00 | | Suppliers or vendors |
| TMB | 09/10/2015 | 3,106.38 | | Suppliers or vendors |
| TMB | 09/18/2015 | 1,422.84 | | Suppliers or vendors |
| TMB | 09/25/2015 | 3,328.50 | | Suppliers or vendors |
| TMB | 09/30/2015 | 792.34 | | Suppliers or vendors |
| TMB | 10/16/2015 | 2,862.81 | | Suppliers or vendors |
| TMB | 10/16/2015 | 1,363.02 | | Suppliers or vendors |
| TMB | 11/12/2015 | 224.00 | 14,998.53 | Suppliers or vendors |
| Tyler Truss Systems, Inc. | 09/03/2015 | 2,615.00 | | Suppliers or vendors |
| Tyler Truss Systems, Inc. | 09/25/2015 | 7,495.00 | | Suppliers or vendors |
| Tyler Truss Systems, Inc. | 10/09/2015 | 5,790.00 | | Suppliers or vendors |
| Tyler Truss Systems, Inc. | 10/16/2015 | 1,188.00 | 17,088.00 | Suppliers or vendors |
| Verizon | 09/02/2015 | 140.13 | | Suppliers or vendors |
| Verizon | 09/03/2015 | 3,071.80 | | Suppliers or vendors |
| Verizon | 09/25/2015 | 3,247.17 | | Suppliers or vendors |
| Verizon | 10/03/2015 | 140.13 | | Suppliers or vendors |
| Verizon | 10/16/2015 | 1,800.05 | | Suppliers or vendors |
| Verizon | 11/02/2015 | 141.22 | 8,540.50 | Suppliers or vendors |
| WFX, LLC | 09/03/2015 | 600.00 | | Suppliers or vendors |
| WFX, LLC | 10/15/2015 | 6,000.00 | | Suppliers or vendors |
| WFX, LLC | 11/12/2015 | 7,200.00 | | Suppliers or vendors |
| WFX, LLC | 11/16/2015 | 1,500.00 | 15,300.00 | Suppliers or vendors |
| TOTAL | | 2,491,263.66 | 2,491,263.66 | |

| Name | | Date | Amount | | | Memo | | Debit |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Charles G. Klaus | | 11/27/2015 | 11,927.19 | | | Fees and Expenses Aug through Nov 2015 | | 11,927.19 |
| Charles G. Klaus | | 11/13/2015 | 88,532.45 | | | Fees and Expenses Aug through Nov 2015 | | 88,532.45 |
| **Total** | | | **100,459.64** | | | | | **100,459.64** |

| Insider | Date | Amount | Reason | Memo |
|---------|------|--------|--------|------|
| Gregory Schroeder | 11/18/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 11/04/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 10/23/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 10/09/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 09/25/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 09/11/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 08/28/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 08/14/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 07/30/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 07/16/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 07/02/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 06/18/2015 | $7,115.38 | Payroll | Payroll payment |
| Gregory Schroeder | 11/18/2015 | $38.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 11/18/2015 | $25.05 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 11/18/2015 | $12.36 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 11/13/2015 | $118.83 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 11/13/2015 | $47.09 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $37.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $10.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $33.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $91.50 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $33.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $108.99 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $98.90 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $9.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $22.73 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $107.76 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $22.78 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $29.44 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $87.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $22.73 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $18.15 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $29.14 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $16.57 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 10/14/2015 | $245.00 | Expense Reimbursement | Business expense reports |
| Gregory Schroeder | 11/30/2015 | $15,000.00 | Payroll | Payroll payment |

**$101,648.58**

| Insider | Date | Amount | Reason | VENDOR | Memo |
|---|---|---|---|---|---|
| ANTHONY DEVER | 04/11/2015 | $32.66 | Vacation | Trump Hotel | Hotel Parking: Visiting John Orosz (Dever Family) |
| ANTHONY DEVER | 04/11/2015 | $7,874.26 | Vacation | Trump Hotel | Hotel Stay: Visiting John Orosz (Dever Family) |
| ANTHONY DEVER | 04/10/2015 | $120.00 | Vacation | LAX Airport Lot P3 | Airport Parking: Visiting John Orosz (Dever Family) |
| ANTHONY DEVER | 04/10/2015 | $109.20 | Vacation | Lincoln Limousine | Ground Trans.: Visiting John Orosz (Dever Family) |
| ANTHONY DEVER | 03/25/2015 | $4,461.95 | Vacation | American Airlines | AIR FARE - Record Locator No. JRSXRQ |
| ANTHONY DEVER | 03/25/2015 | $4,461.95 | Vacation | American Airlines | AIR FARE - Record Locator No. JRSXRQ |
| ANTHONY DEVER | 03/25/2015 | $4,461.95 | Vacation | American Airlines | AIR FARE - Record Locator No. JRSXRQ |
| ANTHONY DEVER | 03/25/2015 | $4,461.95 | Vacation | American Airlines | AIR FARE - Record Locator No. JRSXRQ |
| ANTHONY DEVER | 05/21/2015 | $19,964.00 | Vacation | Qantas Airways | AIR FARE - Sales Invoice No. 892240 |
| ANTHONY DEVER | 05/21/2015 | $18,066.40 | Vacation | Qantas Airways | AIR FARE - Sales Invoice No. 892238 |
|  |  | **$64,014.32** |  |  |  |

| Insider | Date | Amount | Reason | VENDOR | Memo |
|---|---|---|---|---|---|
| ANTHONY DEVER | 01/19/2015 | $19,473.57 | Expense Reim. |  | AIR FARE - Booking Reference No. 8VBORS |
| ANTHONY DEVER | 01/05/2015 | $5,084.76 | Expense Reim. | Apple Store | COMPUTER - Apple Store Order No. W233368742 |
|  |  | **$24,558.33** |  |  |  |

| Insider | Date | Amount | Reason | VENDOR | Memo |
|---|---|---|---|---|---|
| ANTHONY DEVER | 03/11/2015 | $7,692.31 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 03/11/2015 | $7,692.31 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 03/26/2015 | $7,692.31 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 03/26/2015 | $7,692.31 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 04/09/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 12/04/2014 | $12,307.84 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 12/04/2014 | $3,076.96 | Payroll |  | 5065-12 · HOLIDAY |
| ANTHONY DEVER | 12/18/2014 | $15,384.80 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 12/31/2014 | $12,307.84 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 12/31/2014 | $3,076.96 | Payroll |  | 5065-12 · HOLIDAY |
| ANTHONY DEVER | 01/15/2015 | $6,153.92 | Payroll |  | 5065-12 · HOLIDAY |
| ANTHONY DEVER | 01/28/2015 | $15,384.80 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 02/11/2015 | $15,384.80 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 02/25/2015 | $15,384.80 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 04/23/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 05/07/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 05/21/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 06/04/2015 | $1,538.46 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 06/04/2015 | $13,846.16 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 06/18/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 07/02/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 07/16/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 07/30/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 08/14/2015 | $15,384.62 | Payroll |  | 5065-01 · OFFICER WAGES |
| ANTHONY DEVER | 08/21/2015 | $7,692.31 | Payroll |  | 5065-01 · OFFICER WAGES |
|  |  | **$290,770.47** |  |  |  |

| Total | | **$379,343.12** |
|---|---|---|

| Insider | Date | Amount | Reason |
|---|---|---|---|
| Patrick Whalen | 04/24/2015 | $697.50 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $25.92 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $99.98 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $395.36 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $317.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $245.74 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $360.18 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $434.70 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $197.68 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $116.19 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $116.19 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $297.76 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $593.04 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $3,350.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $1,077.57 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $224.87 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $443.18 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $304.23 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $943.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $1,436.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $317.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $317.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $317.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $317.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $360.18 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $360.18 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $360.18 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $360.18 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $434.70 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $434.70 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $434.70 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $434.70 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $436.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $1,108.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $693.39 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $60.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $257.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $150.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $150.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $150.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $500.50 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $436.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $436.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $473.76 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $604.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $1,041.60 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $1,041.60 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $25.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $69.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $79.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $173.88 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $4,183.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $492.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $15.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $184.38 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $50.00 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
|---------|------|--------|--------|
| Patrick Whalen | 04/24/2015 | $885.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $500.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $363.17 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $50.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $50.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $513.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $626.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $53.02 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $61.24 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $132.96 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $526.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $49.95 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $229.95 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $267.90 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $370.72 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $2,088.16 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $957.67 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $191.10 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $267.90 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $352.05 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $152.90 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $790.72 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $50.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $1,688.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $32.71 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $74.04 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $728.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $728.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $191.90 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $376.82 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $7.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $35.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $604.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $604.80 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $498.62 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $158.90 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $274.60 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $167.01 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $275.49 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $528.66 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $559.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $84.89 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $340.35 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $94.73 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $60.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $265.70 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $790.10 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $32.60 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $127.11 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $10.48 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $418.59 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $738.20 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $3,896.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $246.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $182.40 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $246.00 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
|---|---|---|---|
| Patrick Whalen | 04/24/2015 | $40.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $2.00 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $593.04 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $99.98 | Expense Reimbursement |
| Patrick Whalen | 04/24/2015 | $300.16 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,641.23 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $75.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $88.22 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $50.54 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $216.40 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $99.98 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $465.57 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $26.63 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $30.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $197.58 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $4,818.40 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $414.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,047.12 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $137.53 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $241.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $2,547.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $498.67 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $358.44 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $238.98 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $120.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $242.14 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,069.52 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,000.12 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $138.27 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $346.03 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $69.36 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $701.80 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $87.66 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $190.40 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $20,148.08 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $41,387.58 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $173.88 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $595.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $199.99 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $468.16 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $874.72 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $2,633.10 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,316.55 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $342.90 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $68.81 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $444.29 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $49.95 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,834.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $631.89 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $2,119.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $2,019.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $323.07 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $500.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $40.93 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $60.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $33.25 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
| --- | --- | --- | --- |
| Patrick Whalen | 03/16/2015 | $1,526.56 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $1,482.97 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $158.25 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $482.50 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $642.74 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $152.53 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $65.50 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $85.55 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $100.41 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $530.04 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $231.10 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $46.81 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $284.11 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $15.50 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $50.36 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $936.20 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $73.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $82.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $972.96 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $75.00 | Expense Reimbursement |
| Patrick Whalen | 03/16/2015 | $10.00 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $635.04 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $474.60 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $46.86 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $81.72 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $185.40 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $565.97 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $1,735.76 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $29,439.00 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $127.91 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $27.92 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $63.21 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $173.88 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $227.30 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $180.40 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $197.58 | Expense Reimbursement |
| Patrick Whalen | 02/17/2015 | $184.58 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $449.21 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $192.23 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $1,074.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $1,710.40 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $49.95 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $88.12 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $426.25 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $126.25 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $9.81 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $607.85 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $358.20 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $77.81 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $362.48 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $12.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $19.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $173.88 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $33.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $343.75 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $450.16 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
|---|---|---|---|
| Patrick Whalen | 02/16/2015 | $506.43 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $244.87 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $490.40 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $132.65 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $90.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $510.76 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $4,918.20 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $26.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $834.40 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $23.07 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $1,517.79 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $314.29 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $108.20 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $66.68 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $405.98 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $167.95 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $129.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $2,091.41 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $166.36 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $921.25 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $109.63 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $759.60 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $37.57 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $97.60 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $840.20 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $1,564.40 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $12,050.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $67.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $221.21 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $196.57 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $19.11 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $54.25 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $90.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $87.54 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $6,502.20 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $1,641.23 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $75.00 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $99.98 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $197.58 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $465.57 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $26.63 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $17.39 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $96.03 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $26.71 | Expense Reimbursement |
| Patrick Whalen | 02/16/2015 | $839.56 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $3,314.20 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $251.66 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $271.18 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $1,164.20 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $150.00 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $135.58 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $236.20 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $60.69 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $30.00 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $443.42 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $2,979.20 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
|---------|------|--------|--------|
| Patrick Whalen | 01/28/2015 | $892.75 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $8,348.60 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $103.11 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $781.98 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $14.11 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $295.34 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $267.45 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $144.54 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $635.04 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $1,065.60 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $54.49 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $61.05 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $574.60 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $21.78 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $60.00 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $262.20 | Expense Reimbursement |
| Patrick Whalen | 01/28/2015 | $68.72 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $1,427.76 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $82.54 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $386.64 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $142.81 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $434.70 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $240.64 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $48.47 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $67.70 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $99.98 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $60.69 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $30.00 | Expense Reimbursement |
| Patrick Whalen | 01/19/2015 | $368.42 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $1,485.22 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $2.59 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $25.28 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $199.77 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $59.20 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $92.22 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $60.85 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $138.00 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $402.40 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $83.47 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $36.75 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $52.21 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $548.91 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $147.37 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $3,606.88 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $714.03 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $18.06 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $25.62 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $284.40 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $158.77 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $55.00 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $49.95 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $72.54 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $21,235.50 | Expense Reimbursement |
| Patrick Whalen | 01/14/2015 | $246.34 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $561.13 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $77.93 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
|---|---|---|---|
| Patrick Whalen | 12/31/2014 | $77.93 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $27.57 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $112.60 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $1,021.42 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $126.00 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $272.82 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $107.44 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $108.62 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $428.34 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $86.12 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $180.75 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $288.10 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $116.48 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $980.40 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $123.93 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $18.19 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $674.01 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $1,470.60 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $3,406.10 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $3,702.55 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $268.00 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $173.88 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $225.58 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $557.76 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $212.76 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $1,551.70 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $1,992.70 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $358.85 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $1,632.88 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $490.20 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $56.05 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $15.85 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $17.82 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $14.32 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $2,573.78 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $499.32 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $9,873.29 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $150.99 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $234.95 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $17.20 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $325.10 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $20.99 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $933.28 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $164.25 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $93.45 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $187.59 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $87.03 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $40.22 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $94.55 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $648.00 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $324.29 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $400.96 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $148.60 | Expense Reimbursement |
| Patrick Whalen | 12/10/2014 | $19,359.41 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $3,609.01 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $150.00 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
| --- | --- | --- | --- |
| Patrick Whalen | 12/03/2014 | $1,180.40 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $80.22 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $3,887.83 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $902.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $20.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $61.89 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $560.45 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $313.60 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $46.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $20.65 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $25.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $401.28 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $234.60 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $8,570.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $178.06 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $16,302.81 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $591.59 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $49.95 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $95.66 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $567.84 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $30.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $750.76 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $40.85 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $796.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $50.00 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $253.06 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $1,204.63 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $200.29 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $17.57 | Expense Reimbursement |
| Patrick Whalen | 12/03/2014 | $218.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $34,015.17 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $35.77 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $16,302.81 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $378.72 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $1,257.20 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $34.28 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $384.28 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $93.82 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $131.83 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $18.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $563.07 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $24.64 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $1,244.70 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $845.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $179.11 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $1,200.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $148.17 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $96.98 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $1,015.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $64.32 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $261.30 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $310.17 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $100.68 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $3.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $99.98 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $126.75 | Expense Reimbursement |

| Insider | Date | Amount | Reason |
|---|---|---|---|
| Patrick Whalen | 11/20/2014 | $20.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $25.06 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $118.10 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $1,434.54 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $710.20 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $30.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $796.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $50.00 | Expense Reimbursement |
| Patrick Whalen | 11/20/2014 | $437.24 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $14,629.28 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $240.00 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $137.92 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $74.74 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $2,630.42 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $30.00 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $120.82 | Expense Reimbursement |
| Patrick Whalen | 12/31/2014 | $73.50 | Expense Reimbursement |
|  |  | **$472,255.34** |  |
|  |  |  |  |
| Patrick Whalen | 04/17/2015 | $18,750.00 | Vacation Wages |
| Patrick Whalen | 04/17/2015 | $6,250.00 | Non-Officer Wages |
| Patrick Whalen | 04/17/2015 | $6,250.00 | Non-Officer Wages |
| Patrick Whalen | 04/09/2015 | $12,500.00 | Non-Officer Wages |
| Patrick Whalen | 03/26/2015 | $6,250.00 | Non-Officer Wages |
| Patrick Whalen | 03/26/2015 | $6,250.00 | Non-Officer Wages |
| Patrick Whalen | 03/11/2015 | $6,250.00 | Non-Officer Wages |
| Patrick Whalen | 03/11/2015 | $6,250.00 | Non-Officer Wages |
| Patrick Whalen | 02/25/2015 | $19,250.00 | Non-Officer Wages |
| Patrick Whalen | 02/11/2015 | $10,000.00 | Non-Officer Wages |
| Patrick Whalen | 01/28/2015 | $10,000.00 | Non-Officer Wages |
| Patrick Whalen | 01/15/2015 | $4,000.00 | Holiday |
| Patrick Whalen | 01/15/2015 | $6,000.00 | Non-Officer Wages |
| Patrick Whalen | 12/31/2014 | $8,000.00 | Non-Officer Wages |
| Patrick Whalen | 12/31/2014 | $2,000.00 | Holiday |
| Patrick Whalen | 12/18/2014 | $10,000.00 | Non-Officer Wages |
| Patrick Whalen | 12/18/2014 | $390.00 | Bonus |
| Patrick Whalen | 12/18/2014 | $39,000.00 | Bonus |
| Patrick Whalen | 12/04/2014 | $8,000.00 | Non-Officer Wages |
| Patrick Whalen | 12/04/2014 | $2,000.00 | Holiday |
|  |  | **$187,390.00** |  |
|  |  |  |  |
| **Total** |  | **$659,645.34** |  |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central _____ District Of California _____

**In re**    DigitalSound Production Services, Inc.,

Case No. 1:15-bk-13952-MB

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 175,000**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 175,000**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ See Below**

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

[**Counsel received a $175,000 pre-petition retainer, of which $98,344.50 was used pre-petition -- leaving a $76,655.50 post-petition retainer. Subject to Court approval, counsel will provide reorganization services including all of the aforementioned services (including a sale of substantially all of the assets) through the chapter 11 case in an amount in excess of $76,655.50.]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Not Applicable.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/11/2015

_Date_

David Seror

_Signature of Attorney_

Ezra Brutzkus Gubner LLP

_Name of law firm_

# United States Bankruptcy Court
## Central District of California

In re    DigitalSound Production Services, Inc.

Debtor(s)

Case No.    1:15-bk-13952-MB

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Alexander Alvord<br>52 Archipelago Dr.<br>Newport Coast, CA 92657 | | 4,900 | |
| Anthony Dever<br>6 Emmy Lane<br>Ladera Ranch, CA 92694 | | 5,100 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 14, 2015      Signature   _Charles G. Klaus, CEO_

Charles G. Klaus

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name   DigitalSound Production Services, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   1:15-bk-13952-MB

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    All Documents Filed With Schedules, SOFA, List of Equity Sec. Holders, Etc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December-14th 2015    x _____
                                     Signature of individual signing on behalf of debtor

Charles G. Klaus
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy