Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:       amcdow@bakerlaw.com
             mdelaney@bakerlaw.com
             ffarivar@bakerlaw.com

Attorneys for Atomic Lighting, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

DIGITALSOUND PRODUCTION SERVICES, INC.,

　　　　　Debtor.

Case No. 1:15-bk-13952-MB
Chapter 11

**DECLARATION OF E. BRADLEY CLARK IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH SALE OF THE DEBTOR'S ASSETS, (B) SCHEDULING HEARING TO CONSIDER THE SALE, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER AUTHORIZING AND APPROVING (A) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [DOC. #2]**

<u>**Original Hearing:**</u>

**Date:**  December 2, 2015
**Time:**  3:30 p.m.

<u>**Continued Hearing:**</u>
**Date:**  December 22, 2015
**Time:**  10:00 a.m.
**Place:** Courtroom 303
           21041 Burbank Blvd.
           Woodland Hills, CA 913667

I, E. Bradley Clark, declare:

1. I am the President of Atomic Lighting LLC ("Atomic") and am authorized to execute this declaration on behalf of Atomic. I am an individual over the age of eighteen years. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge. If called as a witness, I could and would testify competently to the facts set forth in this Declaration.

2. I submit this declaration in support of the *Emergency Motion for (I) an Order (A) Approving Bidding Procedures in Connection with Sale of the Debtor's Assets, (B) Scheduling Hearing to Consider the Sale, and (C) Approving Form and Manner of Notice Thereof; and (II) an Order Authorizing and Approving (A) The Sale of Substantially All of the Debtor's Assets and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [DOC. #2] filed by DigitalSound Production Services, Inc., the chapter 11 debtor in possession herein (the "Debtor").

3. Atomic is a Pennsylvania limited liability company with a business address at 425 Front Street, Lititz, Pennsylvania 17543. Atomic was founded in 2008 and operates in the lighting equipment rental industry.

4. Atomic is a party to an Asset Purchase Agreement with the Debtor dated November 30, 2015 (the "APA"). The APA is the product of protracted arm's length, good faith negotiations between the parties and their advisors. The APA embodies the entirety of the agreement between Atomic and the Debtor; and Atomic has no other agreements with the Debtor or any of the Debtor's shareholders, officers, or directors, including the provisional director.

5. Except for the relationship formed by being party to the APA, neither I, nor Atomic or any other manager, member or officer of Atomic have any direct or indirect relationship with the Debtor, it's shareholders, officers, and/or directors, including its provisional director.

6. Atomic is ready, willing and able to perform it's obligations under the APA, and to close on the transaction according to the terms and conditions set forth in the APA. Specifically, Atomic has secured the requisite funding to close the transaction.

2

DECLARATION OF E. BRADLEY CLARK

7. Atomic has not engaged in any collusion with any third party with respect to the APA and the pending sale process.

Balance of page intentionally left blank.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on December 10, 2015 at Lititz, Pennsylvania.

_____
E. Bradley Clark

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF E. BRADLEY CLARK IN SUPPORT OF DEBTOR'S EMERGENCY MOTION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH SALE OF THE DEBTOR'S ASSETS, (B) SCHEDULING HEARING TO CONSIDER THE SALE, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER AUTHORIZING AND APPROVING (A) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [DOC. #2]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2015 | Barbara Migdal | /s/ Barbara Migdal |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
607851786.1

**F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
Robert E Huttenhoff    rhuttenhoff@shbllp.com, sswartzell@shbllp.com
Luisa Jaffe    ljaffe@claremontlaw.com
Lewis R Landau    Lew@Landaunet.com
Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;bmidgal@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
Hamid R Rafatjoo    hrafatjoo@venable.com, DGIge@venable.com;bclark@venable.com;kkhoang@venable.com
S Margaux Ross    margaux.ross@usdoj.gov, margauxla@yahoo.com
Neal Salisian    ECF@salisianlee.com
Susan K Seflin    sseflin@ebg-law.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Irwin M Wittlin    iwittlin@hemar-rousso.com

607852370.1