STEVEN T. GUBNER - Bar No. 156593
SUSAN K. SEFLIN - Bar No. 213865
JERROLD L. BREGMAN - Bar No. 149896
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@ebg-law.com
sseflin@ebg-law.com
jbregman@ebg-law.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

DigitalSound Production Services, Inc.,

Debtor.

Case No. 1:15-bk-13952-MB
Chapter 11

**DECLARATION OF SUSAN K. SEFLIN REGARDING SERVICE OF SALE NOTICE AND IN SUPPORT OF EMERGENCY MOTION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH SALE OF THE DEBTOR'S ASSETS, (B) SCHEDULING HEARING TO CONSIDER THE SALE, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER AUTHORIZING AND APPROVING (A) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [DOC. #2]**

**Auction / Sale Hearing:**
**Date:** December 22, 2015
**Time:** 10:00 a.m.
**Place:** Courtroom 303
21041 Burbank Blvd.
Woodland Hills, CA 91367

1

I, Susan K. Seflin, declare as follows:

1. Unless otherwise indicated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. I am an attorney licensed to practice law in the State of California, and before the Ninth Circuit Court of Appeals and the Central, Northern, Southern and Eastern Districts of California. I am of counsel to the law firm of Ezra Brutzkus Gubner LLP ("EBG"), bankruptcy counsel to DigitalSound Production Services, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor").

2. On December 8, 2015, I instructed Andres Estrada of Kurtzman Carson Consultants ("KCC") to serve the *Notice of Sale by Auction, and of Sale Hearing* (the "Sale Notice") [Doc. #42] on all of the Debtor's general unsecured creditors, all secured creditors, the Debtor's shareholders, all of the parties and/or creditors listed on this Court's mailing matrix and any parties interest or potential over bidders. Attached hereto as **Exhibit A** is a true a true and correct copy of the service list which KCC emailed to me confirming that all parties were served with the Sale Note on December 8, 2015 via regular U.S. mail.

3. On December 9, 2015, I instructed Mr. Estrada of KCC to serve all parties who were being served with the cure notice [Doc. #45] with a copy of the Sale Notice as well. Attached hereto as **Exhibit B** is a true and correct copy of the service list which KCC emailed to me confirming that all parties listed were served with the Sale Notice and the cure notice via overnight mail on December 9, 2015.

4. The Debtor filed its Schedules and Statement of Financial Affairs and related documents on December 14, 2015. On December 15, 2015, the Debtor filed its Amendment to List of Creditors [Doc. #54] pursuant to which seven (7) creditors and/or parties were added to the creditor matrix in this case. For the Court's convenience, the Amendment to List of Creditors is attached hereto as **Exhibit C**.

5. On December 15, 2015, I instructed Mr. Estrada of KCC to serve all parties on the Amendment to List of Creditors via overnight mail with the *Notice of Sale of Estate Property* [Doc. #47] which notice included as an attachment the Sale Notice. Mr. Estrada confirmed for me via email that all seven parties were served with the Notice of Sale of Estate Property via overnight mail

1  on December 15, 2015.

2       6.    On December 21, 2015, I spoke with an attorney for the Office of the United States

3  Trustee and confirmed that, after the sale closing and after any cure payment that the sale order

4  directs is to be paid from EBG's client trust account, all sale proceeds will be transferred to the

5  Debtor's debtor-in-possession general bank account.

6       I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct and that this Declaration was executed on December 21, 2015 at Woodland Hills,

8  California.

                                                 /s/ Susan K. Seflin
                                                  Susan K. Seflin

*Served Via U.S. Mail on December 8, 2015

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| 4Wall Entertainment | Attn President or Manager Agent | 5435 W San Fernando Rd | Los Angeles | CA | 90039 |
| 4Wall Entertainment | Kathy Torjman CEO | 3165 W Sunset Rd., Suite 100 | Las Vegas | NV | 89118 |
| A&M Pierce Property LLC | Attn Arnold Zane Member | 11856 Balboa Blvd No 268 | Granada Hills | CA | 91344 |
| Acey Decy Lighting | Attn President or Manager Agent | 200 Parkside Dr | San Fernando | CA | 91340 |
| Act Lighting | Attn President or Manager Agent | 2313 N Valley St | Burbank | CA | 91505 |
| Alvord, Alexander | | 52 Archipelago Dr | Newport Coast | CA | 92657 |
| Alvord, Alexander aka Alex | | 100 Spectrum Center Dr | Irvine | CA | 92618 |
| Anthony Dever | | 6 Emmy Lane | Ladera Ranch | CA | 92694 |
| Artisan Creative Inc | Attn President or Manager Agent | Dept LA 23496 | Pasadena | CA | 91185 |
| Artisan Creative, Inc. | Attn President or Manager Agent | 1830 Stoner Avenue No 6 | Los Angeles | CA | 90025 |
| Arts & Commerce Productions | | 5062 Lankershim Blvd Ste 412 | North Hollywood | CA | 91601 |
| Claremont Law Group, Inc. | Luisa G. Jaffe | 618 W. Baseline Rd. | Claremont | CA | 91711 |
| Employment Development Department | | PO Box 826880 | Sacramento | CA | 94280 |
| Entertainment Lighting Services | Attn President or Manager Agent | 11440 Sheldon St | Sun Valley | CA | 91352 |
| Hollywood Rentals | Attn President or Manager Agent | 12800 Foothill Rd | Sylmar | CA | 91342 |
| Janco Transport | Attn President or Manager Agent | 34 Burgess Place | Wayne | NJ | 07470 |
| Matrix Visual Solution | Attn President or Manager Agent | 1748 West Business Center | Orange | CA | 92867 |
| PRG Lighting Los Angeles | Attn President or Manager Agent | 1245 Aviation Place | San Fernando | CA | 91340 |
| Production Media Inc | Attn President or Manager Agent | 201 Shannon Oaks Circle Ste 200 | Cary | NC | 27511 |
| Raymond Leasing Corporation | Corporate Headquaters | PO Box 130 | Greene | NY | 13778 |
| Reich Bros LLC | Alex Reich, Director of Business Development | 10618 E Pico Blvd | Los Angeles | CA | 90064 |
| Rent What Inc | Attn President or Manager Agent | 1978 Gladwick St | Rancho Dominguez | CA | 90220 |
| Roadshow Services | | 5501 3rd St | San Francisco | CA | 94124 |
| Salisian Lee LLP | Neal S. Salisian | 550 South Hope Street Suite 750 | Los Angeles | CA | 90071-2627 |
| SoCal Productions | Attn President or Manager Agent | 1623 Maria St | Burbank | CA | 91504 |
| Stage Call | Attn President or Manager Agent | 5248 S Desert View Dr No 102 | Apache Junction | AZ | 85120 |
| The Tech Consultants LLC | Attn President or Manager Agent | 21770 Oxnard St Ste 870 | Woodland Hills | CA | 91367 |
| Video Equipment Rentals | Attn President or Manager Agent | 912 Ruberta Ave | Glendale | CA | 91201 |
| Videolines Mobile Television | Attn President or Manager Agent | 10852 So Pampas Dr | Sandy | UT | 84094 |
| Volutone | Attn President or Manager Agent | PO Box 940283 | Simi Valley | CA | 93094 |
| Wells Fargo Bank NA | | 300 Tri State International Ste 400 | Lincolnshire | IL | 60069 |
| XL Video | Attn President or Manager Agent | 3380 N San Fernando Rd | Los Angeles | CA | 90065 |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 4Wall Entertainment | Attn President or Manager Agent | 5435 W San Fernando Rd. | | | Los Angeles | CA | 90039 | |
| A&M Pierce Property, LLC | Attn Arnold Zane Member | 11856 Balboa Blvd #268 | | | Granada Hills | CA | 91344 | |
| Acey Decy Lighting | Attn President or Manager Agent | 200 Parkside Dr. | | | San Fernando | CA | 91340 | |
| Act Lighting | Attn President or Manager Agent | 2313 N Valley St | | | Burbank | CA | 91505 | |
| Adobe | | 345 Park Ave | | | San Jose | CA | 95110-2704 | |
| Alex Alvord | c/o Shulman Hodges & Bastian LLP | 100 Spectrum Center Dr Suite 600 | | | Irvine | CA | 92618 | |
| Alex Alvord | | 52 Archipelago | | | Newport Coast | CA | 92657 | |
| Alliance Rental Solutions | Attn President or Manager Agent | 23639 Via Primero | | | Valencia | CA | 91355 | |
| Alliant Event Services, Inc. | Attn President or Manager Agent | 196 University Parkway | | | Pomona | CA | 91768 | |
| Allstates Worldcargo | Attn President or Manager Agent | 1 Pelican Drive | Suite 1 | | Bayville | NJ | 08721 | |
| Alvarado Michael | | 6319 Goldeneye St. | | | Ventura | CA | 93003 | |
| Ampd Entertainment | | 17160 Wabash Ave | | | Yorba Linda | CA | 92886 | |
| Anastasia Richard-Kassar | | 10281 Charing Cross Rd. | | | Los Angeles | CA | 90024 | |
| Anthony Dever | | 6 Emmy Lane | | | Ladera Ranch | CA | 92694 | |
| Antonio Gonzalez | | 7550D Tampa Ave | PO Box #92 | | Reseda | CA | 91335 | |
| ARC Light EFX Inc. | Attn President or Manager Agent | 9338 San Fernando Road | | | Sun Valley | CA | 91352 | |
| Artisan Creative, Inc. | Attn President or Manager Agent | Dept LA 23496 | | | Pasadena | CA | 91185 | |
| Arts & Commerce Productions | Attn President | 5062 Lankershim Blvd #412 | | | North Hollywood | CA | 91601 | |
| Ben Kanselbaum | | 14432 Grassmere Ln. | | | Tustin | Ca | 92780 | |
| Bernard Meredith | | 8811 Canoga Ave. #542 | | | Canoga Park | CA | 91304 | |
| Bexel | | 2701 N. Ontario St. | | | Burbank | CA | 91504 | |
| Big Ol Bear, Inc. | Attn Robert Finley | 5135 Ellenwood Drive | | | Los Angeles | CA | 90041 | |
| Brittany Maurette | | 10646 Vinca Ln. #201 | | | Ventura | CA | 93004 | |
| BRS Rigging | Attn President or Manager Agent | 13516 S Mariposa Ave | | | Gardena | CA | 90347 | |
| Cable and Connectivity Solutions | Attn President or Manager Agent | 4721 Hastings Place | | | Lake Oswego | OR | 97035 | |
| California Empl. Develop. Dept. | Bankruptcy Group MIC 92E | PO Box 826880 | | | Sacramento | CA | 94280-0001 | |
| California Empl. Develop. Dept. | | PO Box 989061 | | | West Sacramento | CA | 95798-9061 | |
| California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 | |
| Canada Revenue Agency (CRA) | | 1166 W Pender St. | | | Vancouver | BC | V6E 38H | CANADA |
| CBI Cables | | 6152 County Seat Rd | | | Oriskany | NY | 13424 | |
| Celine Royer | | 328 N Mariposa Avenue | | | Los Angeles | CA | 90004 | |
| Chelsy Jensen | | 1075 N. Maclay Ave., Unit 1 | | | San Fernando | CA | 91340 | |
| Cineo Lighting | | PO Box 808 | | | North Hills | CA | 91343 | |
| Cintas Corp | Attn President or Manager Agent | 4320 E Miraloma Ave | | | Anaheim | CA | 92807 | |
| City of Burbank | Building Division | PO Box 6459 | | | Burbank | CA | 91510-6459 | |
| City of Irvine | | 1 Civic Center Plaza | | | Irvine | CA | 92606-5207 | |
| City of Los Angeles | | 200 N. Spring Street | | | Los Angeles | CA | 90012 | |
| Colorado Dept. of Revenue | Taxation Division | PO Box 17087 | | | Denver | CO | 80217-0087 | |
| Counsel for A&M Pierce Property L | Luisa G. Jaffe | Claremont Law Group, Inc. | 618 W. Baseline Rd. | | Claremont | CA | 91711 | |
| County of Orange | Attn Treasurer-Tax Collector | PO Box 1438 | | | Santa Ana | CA | 92702-1438 | |
| Damien Mendoza | | 1707 Vallecito Drive | | | Hacienda | CA | 91745 | |
| Daniel Gomez | | 922 Grand Ave. | | | Ojai | CA | 93023 | |
| Daniel Yanez Jr. | | 3223 N. Ventura Rd. | | | Oxnard | CA | 93036 | |
| Daniel Yanez Sr. | | 1630 Masthead Dr. | | | Oxnard | CA | 93035 | |
| District of Columbia | Office of Tax and Revenue | 1101 4th St SW #270 | | | Washington | DC | 20024 | |
| Douglas Eder | | 10581 El Cerrito Chico St | | | Las Vegas | NV | 89179 | |
| Empire Wholesale, Inc. | | 5675 Mansfield Way | | | Bell, | CA | 90201 | |
| Entertainment Lighting Services | Attn President or Manager Agent | 11440 Sheldon St | | | Sun Valley | CA | 91352 | |
| Eric Weiler | | 325 Ulysses St. | | | Los Angeles | CA | 90065 | |
| Felix Lighting | Attn President or Manager Agent | 17116 Valley View Ave | | | La Mirada | CA | 90638 | |
| Florida Dept. of Revenue | | 5050 West Tennessee St. | | | Tallahassee | FL | 32399 | |
| Ford Credit | | 15505 Roscoe Blvd. | | | North Hills | CA | 91343 | |
| Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0531 | |
| Franchise Tax Board | Bankruptcy Section MS A-340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| Frida Jehdian | | 13820 Bessemer St. | | | Van Nuys | CA | 91401 | |
| General Electric Capital Corp. | | PO Box 31001 | | | Pasadena | CA | 91110 | |
| Geoffrey Mcintosh | | 13129 Oxnard St. Apt. # 16 | | | Van Nuys | CA | 91401 | |
| German Light Productions, Inc. | | 10945 Pendleton St. | | | Sun Valley | CA | 91352 | |
| Go Daddy | | 14455 N Hayden Rd Suite 226 | | | Scottsdale | AZ | 85260 | |
| GreatAmerica Leasing Corporation | | 625 First Street SE | PO Box 609 | | Cedar Rapids | IA | 52406-0609 | |
| Guillermo Garcia-Santamarina | | 224 Annadale Rd. | | | Pasadena | CA | 91105 | |
| Halcyon Consulting | Attn Thomas Sorce | 2942 Valmere Drive | | | Malibu | CA | 90265 | |
| Harman Professional, Inc. | Attn President or Manager Agent | 10653 S. River Front Parkway #300 | | | South Jordan | UT | 84095 | |
| Hollywood Rentals | Attn President or Manager Agent | 12800 Foothill Rd. | | | Sylmar | CA | 91342 | |
| Illinois Dept. of Revenue | Willard Ice Building | 101 W. Jefferson Street | | | Springfield | IL | 62702 | |
| Inspiration Technology Conference | Attn President or Manager Agent | 103 Niska Drive | | | Waterdown | ON | L0R 2H3 | CANADA |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | | 300 N. Los Angeles Street | | | Los Angeles | CA | 90012 | |
| Jack Rubin & Sons, Inc. | Attn President or Manager Agent | PO BOX 3005 | | | Compton | CA | 90222-3005 | |
| Janco Transport | Attn President or Manager Agent | 34 Burgess Place | | | Wayne | NJ | 07470 | |
| John Lee | | 8481 Farralone Ave. | | | West | CA | 91304 | |
| Jonathan Green | | 41141 Acacia Ave | | | Hemet | CA | 92544 | |
| Jose Gutierrez | | 572 South La Verne Ave | | | Los Angeles | CA | 90022 | |
| Joseph Adams | | 11621 Kittridge #6 | | | N Hollywood | CA | 91606 | |
| Joseph Gasque | | 250 N 10th St Atp. 529 | | | Brooklyn | NY | 11211 | |
| Joseph Tafur-Rodas | | 7924 Woodman Ave | | | Panorama | CA | 91402 | |
| Justin Burr | | 4127 S. A St. | | | Oxnard | CA | 93033 | |
| Karim Khalil | | 621 E. Magnolia Blvd., Apt. G | | | Burbank | CA | 91501 | |
| KC Digital Solutions Inc | Attn President or Manager Agent | 6191 Cornerstone Court E Bldg 110 | | | San Diego | CA | 92121 | |
| Kentucky Dept. of Revenue | | 501 High Street | | | Frankfort | KY | 40601 | |

*Served Via U.S. Mail on December 8, 2015

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kinetic Lighting, Inc. | Attn President or Manager Agent | 722 Thompson Avenue | | | Glendale | CA | 91201 | |
| Kish Rigging, Inc. | | 5400 Commerce Ave. | | | Moorpark | CA | 93021 | |
| La Tonya Scott | | P.O. Box 6304 | | | Lake Wood | CA | 90714 | |
| Lewis Communications | Attn President or Manager Agent | 724 Ocean Park Blvd | | | Santa Monica | CA | 90405 | |
| Liberty Mutual Ins | | PO Box 66521 | | | Saint Louis | MO | 63166-6521 | |
| Loren Esposito | | 11244 Morrison St. #4 | | | N Hollywood | CA | 91601 | |
| Los Angeles County | Office of the Assessor | 500 W. Temple Street | | | Los Angeles | CA | 90012 | |
| Los Angeles County Tax Collector | | PO Box 54027 | | | Los Angeles | CA | 90054 | |
| Louisiana Dept. of Revenue | | 617 N. Third Street | | | Baton Rouge | LA | 70802 | |
| Main Light Industries, Inc. | | 1614 Newport Gap Pike | | | Wilmington, | DE | 19808 | |
| Mario Fraser | | 759 Alpine St | | | Hemet | CA | 92545 | |
| Marlin Business Bank | | PO Box 13604 | | | Philadelphia | PA | 19101-3604 | |
| Martin Woytas | | 5644 N. Radford | | | Valley Village | CA | 91607 | |
| Massachusetts Dept of Revenue | | 100 Sylvan Rd., #100 | | | Woburn | MA | 01801 | |
| Matrix Visual Solution | Attn President or Manager Agent | 1748 West Business Center | | | Orange | CA | 92867 | |
| Matthew Kwa | | 650 Oak Crest Dr. | | | Sierra Madre | CA | 91024 | |
| McMaster-Carr | Attn President or Manager Agent | PO Box 7690 | | | Chicago | IL | 60680 | |
| Media Temple, Inc. | | 8520 National Blvd. #A | | | Culver City | CA | 90232 | |
| Michael Alvarado | | 6319 Goldeneye Street | | | Ventura | CA | 93001 | |
| Michigan Department of Treasury | Austin Bldg | 430 W Allegan Street | | | Lansing | MI | 48922 | |
| Microsoft | | One Microsoft Way | | | Redmond | WA | 98052-6399 | |
| Modular Space Corporation | | 1200 Swedesford Rd. | | | Berwyn | PA | 19312 | |
| Morpheus Technologies, LLC | Attn President or Manager Agent | 6275 S Sandhill Rd, #100 | | | Las Vegas | NV | 89120 | |
| Multi-Lite USA, Inc | Attn President or Manager Agent | 160 So Victory Blvd | | | Burbank | Ca | 91502 | |
| Neal S. Salisian | Salisian Lee LLP | 550 South Hope Street, Suite 750 | | | Los Angeles | CA | 90071-2627 | |
| Neptune Productions - V | Attn President or Manager Agent | 1709 Standard Ave | | | Glendale | CA | 91201 | |
| New Jersey Division of Taxation | | 50 Barrack St. | | | Trenton | NJ | 08608 | |
| New York State Dept of Taxation | and Finance Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205 | |
| North Carolina Dept. of Revenue | | 501 N. Wilmington St. | | | Raleigh | NC | 27604 | |
| Ontario Refrigeration | | 635 S. Mountain Ave. | | | Ontario | CA | 91762 | |
| Orange County | | 333 W. Santa Ana Blvd. | | | Santa Ana | CA | 92701 | |
| Pacific Coast Enterntainment | Attn President or Manager Agent | 7291 Heil Ave | | | Huntington Beach | Ca | 92647 | |
| Panther Premium Logistics | Attn President or Manager Agent | 84 Medina Rd | | | Medina | OH | 44256 | |
| Paskal Lighting | Attn President or Manager Agent | 12685 Van Nuys Blvd | | | Pacoima | CA | 91331 | |
| Pathway Connectivity Solutions | Attn President or Manager Agent | 439 17 Ave SE, Suite 103 | | | Calgary | AB | T2G 1J9 | CANADA |
| Paul Kobelja | | 1533 N. Hayworth Ave. #101 | | | Los Angeles | CA | 90046 | |
| Pennsylvania Depart. of Revenue | | 110 N. Eighth St., Suite 204 A & B | | | Philadelphia | PA | 19107-2412 | |
| Plasa Media, Inc | | 630 Ninth Avenue, Suite 609 | | | New York | NY | 10036 | |
| Podio - Monthly | | 7414 Hollister Avenue | | | Goleta | CA | 93117 | |
| Pollstar | Attn President or Manager Agent | 4697 W Jacquelyn Ave | | | Fresno | CA | 93722-6413 | |
| Power Trip Rentals | Attn President or Manager Agent | 2501 ORANGE AVE | | | SIGNAL HILL | CA | 90755 | |
| PRG Lighting Los Angeles | Attn President or Manager Agent | 1245 Aviation Place | | | San Fernando | CA | 91340 | |
| PRG Nocturne | Attn President or Manager Agent | 1245 Aviation Place | | | San Fernando | CA | 91340 | |
| Production Media, Inc. | Attn President or Manager Agent | 201 Shannon Oaks Circle, Suite 200 | | | Cary | NC | 27511 | |
| Quality Lift & Equipment, Inc. | | 10845 Norwalk Blvd. | | | Santa Fe Springs | CA | 90670 | |
| R2 | | 1100 Colorado Ave  Suite B | | | Santa Monica | CA | 90401 | |
| Raymond Estala | | 11150 Citrus  Dr. #67 | | | Ventura | CA | 93004 | |
| Raymond Leasing Corporation | Attn President | Corporate Headquarters | PO Box 130 | | Greene | NY | 13778 | |
| Recology Los Angeles | | PO Box 1081 | | | Sun Valley | CA | 91352 | |
| Rent What? Inc | Attn President or Manager Agent | 1978 Gladwick Street | | | Rancho Dominguez | CA | 90220 | |
| Richard Moore | | 10646 Vinca Ln. #201 | | | Ventura | CA | 93004 | |
| Ring Central | | 20 Davis Drive | | | Belmont | CA | 94002 | |
| Roadshow Services | | 5501 3rd Street | | | San Francisco | CA | 94124 | |
| Robert Kurtz | | 21765 Tobarra | | | Mission Viejo | CA | 92692 | |
| Rose  Brand | Attn President or Manager Agent | 10616 Lanark St | | | Sun Valley | CA | 91352 | |
| San Fernando Road Industrial Park | a California LCC | William Wolfe, Managing Member | 15760 Ventura Blvd Ste 1150 | | Encino | CA | 91436 | |
| Sean Picket | | 1216 Walnut Grove Ave | | | Rosemead | CA | 91770 | |
| Show Group Production Services, I | Attn President or Manager Agent | 15823 S Main St | | | Gardena | CA | 90248 | |
| Shulman Hodges & Bastian LLP | C/O Robert Huttenhoff | 100 Spectrum Center Drive, Ste 600 | | | Irvine | CA | 92618 | |
| Skjonberg Controls, Inc. | | 1363 Donlon St, #6 | | | Ventura | CA | 93003 | |
| Snapav | Attn President or Manager Agent | 1800 Continental Blvd Suite 200 | | | Charlotte | NC | 28273 | |
| SoCal Productions | Attn President or Manager Agent | 1623 Maria Street | | | Burbank | CA | 91504 | |
| Soren McAdam Christenson LLP | Attn President or Manager Agent | POST OFFICE BOX 8010 | | | Redlands | CA | 92375-1210 | |
| Sound Moves | Attn President or Manager Agent | 2025 East Linden Ave, | | | Linden | NJ | 07036 | |
| Stage Call | Attn President or Manager Agent | 5248 S Desert View Dr # 102 | | | Apache Junction | AZ | 85120 | |
| Staples Advantage | Attn President or Manager Agent | PO Box 83689 | | | Chicago | IL | 60696-3689 | |
| State Board of Equalization | Account Information Group, MIC29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 | |
| State Board of Equalization | Special Operations Bankruptcy Tea | MIC74 | PO Box 942879 | | Sacramento, | CA | 94279-0074 | |
| State of Georgia Dept. of Revenue | | 130 Davis Rd. | | | Augusta | GA | 30907 | |
| State of Indiana - Dept. of Revenue | | 103 E. Jefferson Blvd., #350 | | | South Bend | IN | 46601 | |
| State of Nevada | Depart. of Taxation | 1550 College Parkway, Suite 115 | | | Carson City | NV | 89706 | |
| Steel Deck | Attn President or Manager Agent | 3339 Exposition Place | | | Los Angeles | CA | 90018 | |
| Stephen Mahler | | 930 Marylee Lane | | | Hemet | CA | 92543 | |
| Studio Depot | Attn President or Manager Agent | 937 N Sycamore Avenue | | | Hollywood | CA | 90038 | |
| Suppose U Drive | | 3809 San Fernando Rd. | | | Glendale | CA | 91204 | |
| Syntech Group | | 9300 Santa Anita Ave Suite 100 | | | Rancho Cucamonga | CA | 91730 | |
| Talin Dernderian | | 5640 Farmdale Ave. #110 | | | N Hollywood | CA | 91601 | |
| Tennessee Dept. of Revenue | | 500 Deaderick St. | | | Nashville | TN | 37242 | |
| Texas Comptroller of Public Accoun | Lyndon B. Johnson State Office Bld | 111 East 17th Street | | | Austin | TX | 78774 | |
| The Tech Consultants LLC | Attn President or Manager Agent | 21770 Oxnard Street, Suite 870 | | | Woodland Hills | CA | 91367 | |

*Served Via U.S. Mail on December 8, 2015

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Thomas Huston | | 10925 Palms Blvd. #17 | | | Los Angeles | CA | 90034 | |
| Titus Investments LLC | c/o Shulman Hodges & Bastian LLP | Attn Robert E Huttenhoff | 100 Spectrum Center Dr Ste 600 | | Irvine | CA | 92618 | |
| Tom Sorce | Business Consulting | Audio Design and Engineering | 2942 Valmere Drive | | Malibu | CA | 90265 | |
| Total Structures Inc. | | 1696 Walter Street | | | Ventura | CA | 93003 | |
| Tracy Lavietes | | 36907 57th St. East | | | Palmdale | CA | 93552 | |
| Transgroup LAX | Attn President or Manager Agent | PO Box 69207 | | | Seattle | Wa | 98168 | |
| U.S. Trustee - San Fernando Valley Div. | | 915 Wilshire Blvd. | Suite 1850 | | Los Angeles | CA | 90017 | |
| Vectorworks | | 7150 Riverwood Drive | | | Columbia | MD | 21046 | |
| Video Equipment Rentals | Attn President or Manager Agent | 912 Ruberta Avenue | | | Glendale | CA | 91201 | |
| Videolines Mobile Television | Attn President or Manager Agent | 10852 So Pampas Dr. | | | Sandy | UT | 84094 | |
| Virginia Department of Taxation | Office of Customer Services | PO Box 1115 | | | Richmond | VA | 23218-1115 | |
| Volutone | Attn President or Manager Agent | PO Box 940283 | | | Simi Valley | CA | 93094 | |
| Washington State Dept. of Revenue | | 6500 Linderson Way SW | | | Olympia | WA | 98501 | |
| Wells Fargo Bank NA | Attn President | 300 Tri-State International, #400 | | | Lincolnshire | IL | 60069 | |
| Wells Fargo Equipment Finance | Manufacturer Services Group | PO Box 7777 | | | San Francisco | CA | 94120-7777 | |
| Wells Fargo Financial Leasing | | PO Box 6434 | | | Carol Stream | IL | 60197-6434 | |
| Wisconsin Dept. of Revenue | | 2135 Rimrock Rd. | | | Madison | WI | 53708 | |
| XL Video | Attn President or Manager Agent | 3380 N San Fernando Road | | | Los Angeles | CA | 90065 | |
| Xtreme Structures and Fabrication | Attn President or Manager Agent | PO BOX 915 | 300 CMH Road | | Suphur Springs | TX | 75483 | |

| Name of Creditor | Street | City | State | Zip Code | Lease / Contract |
|---|---|---|---|---|---|
| Raymond Leasing Corporation Attn President | PO Box 130 | Greene | NY | 13778 | Equipment Lease -- Raymond Fork Lift |
| Wells Fargo Bank NA Attn President | 300 Tri-State International Suite 400 | Lincolnshire | IL | 60069 | Equipment Lease 301-0116331-001 |
| Michael Alvarado | 6319 Goldeneye Street | Ventura | CA | 93001 | Employment Agreement |
| Raymond Estala | 11150 Citrus Drive #67 | Ventura | CA | 93001 | Employment Agreement |
| Tracy Lavietes | 36907 57th Street E. | Palmdale | CA | 93552 | Employment Agreement |
| John Lee | 8481 Farralone Ave | West Hills | CA | 91304 | Employment Agreement |
| Brittany Maurette | 10646 Vinca Lane #201 | Ventura | CA | 93004 | Employment Agreement |
| Paul Kobelja | 1533 N, Hayworth Ave #101 | Los Angeles | CA | 90046 | Employment Agreement |
| Marlin Business Bank | PO BOX 13604 | Philadelphia | PA | 19101-3604 | Equipment Lease - Cylindrical Rider Scrubber |
| Suppose U Drive | 3809 San Fernando Rd | Glendale | CA | 91204 | Two Equipment Leases - 2013 Hino - Unit 2090 - 24' Box Truck & 2015 Hino - Unit 5051 - 26' Box Truck |
| Modular Space Corporation | 1200 Swedesford Road | Berwyn | PA | 19312 | Equipment Lease [Currently Not Being Assumed by Stalking Horse Bidder But Could Be Assumed by Overbidder] |
| Ford Credit | 15505 Roscoe Blvd | North Hills | CA | 91343 | Equipment Lease for Ford Van [Currently Not Being Assumed by Stalking Horse Bidder But Could Be Assumed by Overbidder] |
| Cineo Lighting | PO BOX 808 | El Granada, | CA | 94018 | Re-Sellers Agreement |
| BIG OL' BEAR, INC. Attn: Robert Finley | 5135 Ellenwood Drive | Los Angeles | CA | 90041 | Independent Contractor Agreement |
| A&M Pierce Property, LLC Attn Arnold Zane Member | 11856 Balboa Blvd #268 | Granada Hills | CA | 91344 | Landlord - Pacoima Location |
| General Electric Capital Corporation | PO Box 31001 | Pasadena | CA | 91110 | Equipment Lease 7954669001 dated March 26, 2015 for HPT795 44" Plotter, Sharp MX-3115, Sharp MX-3116, |
| GreatAmerica Leasing Corporation | 625 First Street SE PO Box 609 | Cedar Rapids, | IA | 52406-0609 | Equipment Lease 824538 dated October 8, 2012 for Sharp MX-3110N Copier System, lease term of 36 months<br><br>Equipment Lease 858106 dated March 6, 2013 for HP Designjet T790 24-in ePrinter Plotter |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>STEVEN T. GUBNER - Bar No. 156593<br>SUSAN K. SEFLIN - Bar No. 213865<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@ebg-law.com; sseflin@ebg-law.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>DigitalSound Production Services, Inc.,<br><br><br><br>Debtor(s) | CASE NO.: 1:15-bk-13952-MB<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G
☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☒ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 12/15/2015

Charles G. Klaus, CEO   /s/ Charles G. Klaus
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

Exh C_001

Ahern Rentals
PO Box 271390
Las Vegas, NV 89127


Cox Communications
PO Box 1259
Dept # 102280
Oaks, PA 19456


General Electric Capital Corp
PO Box 31001
Pasadena, CA 91110


GreatAmerica Leasing Corporation
625 First Street SE
PO Box 609
Cedar Rapids, IA 52406-0609


Mouser Electronics
1000 N Main St
Mansfield, TX 76063


Nestle
6661 Dixie Hwy, Ste 4
Louisville, KY 40258


Shred It
6100 Condor Dr , Unit B
Moorpark, CA 93021

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21650 Burbank Blvd., Suite 500, Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled: **DECLARATION OF SUSAN K. SEFLIN REGARDING SERVICE OF SALE NOTICE AND IN SUPPORT OF EMERGENCY MOTION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH SALE OF THE DEBTOR'S ASSETS, (B) SCHEDULING HEARING TO CONSIDER THE SALE, AND (C) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (II) AN ORDER AUTHORIZING AND APPROVING (A) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [DOC. #2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 21, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Robert E Huttenhoff    rhuttenhoff@shbllp.com, sswartzell@shbllp.com
- Luisa Jaffe    ljaffe@claremontlaw.com
- Lewis R Landau    Lew@Landaunet.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com; bmidgal@bakerlaw.com; rojeda@bakerlaw.com; ffarivar@bakerlaw.com
- Hamid R Rafatjoo    hrafatjoo@venable.com, DGIge@venable.com;bclark@venable.com;kkhoang@venable.com
- S Margaux Ross    margaux.ross@usdoj.gov, margauxla@yahoo.com
- Neal Salisian    ECF@salisianlee.com
- Susan K Seflin    sseflin@ebg-law.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Irwin M Wittlin    iwittlin@hemar-rousso.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 21, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery: The Honorable Martin R. Barash**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2015 | Susan K. Seflin | /s/ Susan K. Seflin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**