STEVEN T. GUBNER - Bar No. 156593
DAVID SEROR – Bar No. 159506
SUSAN K. SEFLIN - Bar No. 213865
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:    (818) 827-9000
Facsimile:    (818) 827-9099
Email:    sgubner@brutzkusgubner.com
    dseror@brutzkusgubner.com
    sseflin@brutzkusgubner.com

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>DigitalSound Production Services, Inc.,<br><br>Debtor. | Case No.: 1:15-bk-13952-MB<br><br>Chapter 11<br><br>**NOTICE OF SALE CLOSING**<br><br>**Auction & Sale Hearing:**<br>Date:   December 22, 2015<br>Time:   10:30 a.m.<br>Place:  Courtroom 303<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

**PLEASE TAKE NOTICE** that on December 24, 2015, the Bankruptcy Court entered its *Order Authorizing (I) The Sale Of Assets Of The Debtor Free And Clear Of All Claims, Liens, Rights, Interests And Encumbrances; (II) The Debtor To Enter Into And Perform Its Obligations Under The Asset Purchase Agreement And Certain Ancillary Agreements; (III) The Debtor To Assume And Assign Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief* [Doc. #65] pursuant to which it approved the sale of substantially all of the assets (the "Acquired Assets") of DigitalSound Production Services, Inc., the above-captioned chapter 11

1

Main Document    Page 2 of 4

debtor and debtor in possession (the "Debtor"), to Video Equipment Rentals ("VER") and to Production Resource Group, L.L.C. ("PRG" and together, with VER, the "Purchaser").

**PLEASE TAKE FURTHER NOTICE** that on January 5, 2016 (the "Closing Date"), the Debtor and Purchaser closed on the sale of the Acquired Assets.  The Sale Order is a final order as of January 8, 2016.

**PLEASE TAKE FURTHER NOTICE** that following the January 5, 2016 Closing Date, the Debtor is no longer operating its business and is merely managing its financial affairs.  Therefore, any party providing services, goods and/or labor relating to the Acquired Assets after the Closing Date likely acts for the benefit of VER and/or PRG as the Purchaser.  Any requests for direction or clarification regarding the scope of work performed with respect to the Acquired Assets should be directed to (i) the Debtor's President and Chief Executive Officer, Charles G. Klaus, via email at cklaus@sbcglobal.net , or (ii) the Debtor's bankruptcy counsel, Susan K. Seflin, via email at sseflin@brutzkusgubner.com or via regular mail at: Brutkus Gubner, C/O Susan Seflin, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

DATED:  January 7, 2015            BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP

By: /s/ Susan K. Seflin
    Susan K. Seflin
Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

1473564

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21650 Burbank Blvd., Suite 500, Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE CLOSING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 7, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Robert E Huttenhoff    rhuttenhoff@shbllp.com, sswartzell@shbllp.com
- Luisa Jaffe    ljaffe@claremontlaw.com
- Lewis R Landau    Lew@Landaunet.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com; bmidgal@bakerlaw.com; rojeda@bakerlaw.com; ffarivar@bakerlaw.com
- Hamid R Rafatjoo    hrafatjoo@venable.com, DGIge@venable.com;bclark@venable.com;kkhoang@venable.com
- S Margaux Ross    margaux.ross@usdoj.gov, margauxla@yahoo.com
- Neal Salisian    ECF@salisianlee.com
- Susan K Seflin    sseflin@ebg-law.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Irwin M Wittlin    iwittlin@hemar-rousso.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 7, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 7, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery: The Honorable Martin R. Barash**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2016 | Susan K. Seflin | /s/ Susan K. Seflin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

*Served Via Regular Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| 4Wall Entertainment | Attn President or Manager Agent | 5435 W San Fernando Rd | Los Angeles | CA | 90039 |
| A&M Pierce Property LLC | Attn Arnold Zane Member | 11856 Balboa Blvd No 268 | Granada Hills | CA | 91344 |
| Acey Decy Lighting | Attn President or Manager Agent | 200 Parkside Dr | San Fernando | CA | 91340 |
| Act Lighting | Attn President or Manager Agent | 2313 N Valley St | Burbank | CA | 91505 |
| Alvord, Alexander | | 52 Archipelago Dr | Newport Coast | CA | 92657 |
| Alvord, Alexander aka Alex | | 100 Spectrum Center Dr | Irvine | CA | 92618 |
| Anthony Dever | | 6 Emmy Lane | Ladera Ranch | CA | 92694 |
| Artisan Creative Inc | Attn President or Manager Agent | Dept LA 23496 | Pasadena | CA | 91185 |
| Artisan Creative, Inc. | Attn President or Manager Agent | 1830 Stoner Avenue No 6 | Los Angeles | CA | 90025 |
| Arts & Commerce Productions | | 5062 Lankershim Blvd Ste 412 | North Hollywood | CA | 91601 |
| Claremont Law Group, Inc. | Luisa G. Jaffe | 618 W. Baseline Rd. | Claremont | CA | 91711 |
| Employment Development Department | | PO Box 826880 | Sacramento | CA | 94280 |
| Entertainment Lighting Services | Attn President or Manager Agent | 11440 Sheldon St | Sun Valley | CA | 91352 |
| Hollywood Rentals | Attn President or Manager Agent | 12800 Foothill Rd | Sylmar | CA | 91342 |
| Janco Transport | Attn President or Manager Agent | 34 Burgess Place | Wayne | NJ | 07470 |
| Matrix Visual Solution | Attn President or Manager Agent | 1748 West Business Center | Orange | CA | 92867 |
| PRG Lighting Los Angeles | Attn President or Manager Agent | 1245 Aviation Place | San Fernando | CA | 91340 |
| Production Media Inc | Attn President or Manager Agent | 201 Shannon Oaks Circle Ste 200 | Cary | NC | 27511 |
| Raymond Leasing Corporation | Corporate Headquaters | PO Box 130 | Greene | NY | 13778 |
| Rent What Inc | Attn President or Manager Agent | 1978 Gladwick St | Rancho Dominguez | CA | 90220 |
| Roadshow Services | | 5501 3rd St | San Francisco | CA | 94124 |
| Salisian Lee LLP | Neal S. Salisian | 550 South Hope Street Suite 750 | Los Angeles | CA | 90071-2627 |
| Show Group Production Services Inc | Attn President or Manager Agent | 15823 S Main St | Gardena | CA | 90248 |
| SoCal Productions | Attn President or Manager Agent | 1623 Maria St | Burbank | CA | 91504 |
| Stage Call | Attn President or Manager Agent | 5248 S Desert View Dr No 102 | Apache Junction | AZ | 85120 |
| The Tech Consultants LLC | Attn President or Manager Agent | 21770 Oxnard St Ste 870 | Woodland Hills | CA | 91367 |
| Video Equipment Rentals | Attn President or Manager Agent | 912 Ruberta Ave | Glendale | CA | 91201 |
| Videolines Mobile Television | Attn President or Manager Agent | 10852 So Pampas Dr | Sandy | UT | 84094 |
| Wells Fargo Bank NA | | 300 Tri State International Ste 400 | Lincolnshire | IL | 60069 |
| XL Video | Attn President or Manager Agent | 3380 N San Fernando Rd | Los Angeles | CA | 90065 |